B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Midtown Scouts Square Property, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-4242777** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8305 Knight Road**<br>**Houston, TX**<br>ZIP Code **77054** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1910 1/2 and 1911 Bagby**<br>**Houston, TX 77002** |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☑ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Midtown Scouts Square Property, LP** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Edward L. Rothberg 17313990**
Printed Name of Attorney for Debtor(s)

**Hoover Slovacek LLP**
Firm Name

**5847 San Felipe**
**Suite 2200**
**Houston, TX 77057**

Address

**713.977.8686  Fax: 713.977.5395**
Telephone Number

*5/9/2013*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Erich Mundinger**
Printed Name of Authorized Individual

**President of General Partner**
Title of Authorized Individual

*5/9/2013*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## WRITTEN CONSENT OF THE MEMBER OF THE GENERAL PARTNER
## OF MIDTOWN SCOUTS SQUARE PROPERTY, LP

The undersigned, being the Director and Sole Member of Midtown Scouts Square, LLC, the General Partner of Midtown Scouts Square Property, LP, a Texas limited partnership (the "Partnership"), and pursuant to the provisions of the Texas statutes, hereby consents to the adoption by the General Partner of the Partnership of the following resolutions and to the action authorized in such resolutions being taken by the General Partner in lieu of a meeting thereof:

**RESOLVED**, that the Partnership should reorganize by filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas;

**RESOLVED**, that Atul Lucky Chopra, the Managing Member of Midtown Scouts Square, LLC, the General Partner of the Partnership, is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case");

**RESOLVED**, that the Partnership is authorized and directed to employ and retain Erich Mundinger to serve as President of the General Partner and to serve as Chief Restructuring Officer during the pendency of the Bankruptcy Case, and that Erich Mundinger is authorized to prepare or cause to be prepared all other documents, pleadings and other instruments necessary to prosecute the Bankruptcy Case, subject to the discretion and control of Lucky Chopra;

**RESOLVED**, that the Partnership is authorized and directed to employ and retain the firm of Hoover Slovacek LLP, Attorneys at Law, to represent the Partnership in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the Managing Member to be appropriate; and

**RESOLVED FURTHER**, that any and all actions taken by the General Partner of this Partnership, for and on behalf and in the name of this Partnership, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

The undersigned, being the General Partner of the Partnership hereby consents to the foregoing effective the ___8___ day of May, 2013.

**MIDTOWN SCOUTS SQUARE PROPERTY, LP**

By:    **MIDTOWN SCOUTS SQUARE, LLC, its
General Partner**

By:_____
       **Atul Lucky Chopra**
       **Managing Member**

**CONSENT OF LIMITED PARTNER:**

_____
Atul Lucky Chopra

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   <u>Midtown Scouts Square Property, LP</u>                Case No.   <u>           </u>

                                                       Debtor(s)                            Chapter   <u>  11  </u>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Allied Waste Services<br>P O Box 78829<br>Phoenix, AZ 85062-8829 | Allied Waste Services<br>P O Box 78829<br>Phoenix, AZ 85062-8829 | | | 784.70 |
| Associated Time & Parking Controls<br>904 Diplomacy Row<br>Dallas, TX 75247 | Associated Time & Parking Controls<br>904 Diplomacy Row<br>Dallas, TX 75247 | | | 1,435.40 |
| AWP Services<br>11410 Larkdale Drive<br>Houston, TX 77099 | AWP Services<br>11410 Larkdale Drive<br>Houston, TX 77099 | | | 875.00 |
| Belknap Concrete Cutting and Drilling<br>9030 Solon Road<br>Houston, TX 77064 | Belknap Concrete Cutting and Drilling<br>9030 Solon Road<br>Houston, TX 77064 | | | 1,353.14 |
| BlackFinn American Grille<br>1910 Bagy Street<br>Houston, TX 77002 | BlackFinn American Grille<br>1910 Bagy Street<br>Houston, TX 77002 | Security Deposit | Contingent<br>Unliquidated | 25,305.00 |
| Cueto, James<br>2500 Summer Street<br>Houston, TX 77007 | Cueto, James<br>2500 Summer Street<br>Houston, TX 77007 | | | 4,736.00 |
| Discovery Construction<br>701 N. Post Oak Rd. Suite 34<br>Houston, TX 77024 | Discovery Construction<br>701 N. Post Oak Rd. Suite 34<br>Houston, TX 77024 | | | 8,793.15 |
| Greenberg Traurig<br>1000 Louisiana Street<br>Suite 1700<br>Houston, TX 77002 | Greenberg Traurig<br>1000 Louisiana Street<br>Suite 1700<br>Houston, TX 77002 | | | 3,941.00 |
| Harrell Architects<br>9575 Katy Freeway, Suite 200<br>Houston, TX 77024 | Harrell Architects<br>9575 Katy Freeway, Suite 200<br>Houston, TX 77024 | | | 34,403.05 |
| Hicham Nafaa, Ali Bendella, and<br>Neptunes Restaurant, LLC<br>c/o Daniel D. Horowitz, III<br>800 Commerce Street<br>Houston, TX 77002-1776 | Hicham Nafaa, Ali Bendella, and Neptunes Restaurant, LLC<br>c/o Daniel D. Horowitz, III<br>Houston, TX 77002-1776 | | Contingent<br>Unliquidated<br>Disputed | 436,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Midtown Scouts Square Property, LP**                          Case No.  _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Krenek Architects, Inc.<br>7115 S Mason Road<br>Suite 314<br>Richmond, TX 77407 | Krenek Architects, Inc.<br>7115 S Mason Road<br>Suite 314<br>Richmond, TX 77407 | | | 1,950.00 |
| Lone Star Advantage<br>5222 FM 1960 West, Suite 175<br>Houston, TX 77069 | Lone Star Advantage<br>5222 FM 1960 West, Suite 175<br>Houston, TX 77069 | | | 10,199.35 |
| Pyrotex Systems, Inc.<br>P O Box 1639<br>Alvin, TX 77512 | Pyrotex Systems, Inc.<br>P O Box 1639<br>Alvin, TX 77512 | | | 350.00 |
| Richey Family Limited Partnership<br>PO Box 2569<br>Stafford, TX 77497 | Richey Family Limited Partnership<br>PO Box 2569<br>Stafford, TX 77497 | | Disputed<br>Subject to Setoff | 1,400,000.00 |
| Scott Youngblood CPA<br>4512 Broadway Road<br>Pearland, TX 77581 | Scott Youngblood CPA<br>4512 Broadway Road<br>Pearland, TX 77581 | | | 6,000.00 |
| State Parking Services, Inc.<br>1001 Texas Avenue<br>Houston, TX 77002 | State Parking Services, Inc.<br>1001 Texas Avenue<br>Houston, TX 77002 | | | 2,883.18 |
| Summit Landscaping Services, Inc.<br>12452 Cutten Road<br>Houston, TX 77002 | Summit Landscaping Services, Inc.<br>12452 Cutten Road<br>Houston, TX 77002 | | | 7,360.57 |
| Trio Electric Ltd.<br>P O Box 925473<br>Houston, TX 77292 | Trio Electric Ltd.<br>P O Box 925473<br>Houston, TX 77292 | | | 15,193.00 |
| US Canvas & Awning Corporation<br>8331 Northern Street<br>Houston, TX 77071 | US Canvas & Awning Corporation<br>8331 Northern Street<br>Houston, TX 77071 | | | 6,318.50 |
| Wholesale Restaurant Supply<br>1949 Bingle Road<br>Houston, TX 77055 | Wholesale Restaurant Supply<br>1949 Bingle Road<br>Houston, TX 77055 | | | 81,998.84 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Midtown Scouts Square Property, LP**                      Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ____ 5/9/13 ____        Signature _____

                                   **Erich Mundinger**
                                   **President of General Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.