IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | CASE NO.  13-32920 |
| **PROPERTY, LP** | § | (Chapter 11) |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly  Administered |
| | § | Judge Brown |

## MOTION FOR AUTHORITY TO  TO INCUR POST PETITION INDEBTEDNESS UNDER 11 U.S.C. §364 AND §105 AND  REQUEST FOR FINAL HEARING

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.   UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Midtown Scouts Square Property, LP ("MSSP" or "Debtor MSSP") and Midtown Scouts Square, LLC ("Debtor MSS") (collectively "Debtors"), file this *Emergency Motion (I) for Order Granting Authority to Incur Post Petition Indebtedness Under 11 U.S.C. §364 and §105 a*(the "Motion") and in support thereof, respectfully states as follows:

## Summary of Relief Requested

1.      Debtors own two commercial properties located in Midtown Houston, Texas. The first property is a mixed use office/restaurant building totaling approximately 36,472 sq. feet located at 1911 Babgy Street, Houston, Texas (the "Office Building").   The second building is approximately 104,188 sq. foot eight story parking garage with ground floor retail space located at 1910 Bagby Street, Houston, Texas (the "Parking Garage").

2.      These Chapter 11 cases were each filed on May 9, 2013 and are jointly administered.   By this Motion, Debtors seek authority to incur post-petition indebtedness pursuant to their pre-petition loan agreement with Mercantile Capital Corporation, which holds second liens on the Debtors' assets.   The indebtedness will be secured pursuant to Mercantile's pre-petition loan agreement and deed of trust.   The post-petition indebtedness is limited to draw requests no. 6 and no. 7 on the Debtors' construction loan in the collective amount of $28,173.93.   Copies of draw requests no. 6 and 7 are attached hereto as Exhibits A and B, respectively.

3.      Debtors move this Court on for approval of the post-petition financing in order to satisfy the ordinary and necessary expenses of operation.   Debtors request the Court consider this Motion upon expiration of the fourteen (14) day notice period provided for in Bankruptcy Rule 4001.

## I.   Jurisdiction and Venue

4.      This Court has jurisdiction over these cases pursuant to 28 U.S.C. § § 157 and 1334.

5.      This is a core proceeding under 28 U.S.C. § 157(b)(2)(D).

6.      Venue of the Debtors' Chapter 11 cases is proper in this district pursuant to 28 U.S.C. §§ 1409.

## II.      Background Information

### A. Overview of the Debtors

7.      These cases were filed on May 9, 2013 (the "Petition Date") under Chapter 11 of Title 11 of the Bankruptcy Code, 11 U.S.C. §101 et sq. (the "Bankruptcy Code").   The Debtors continue to operate their businesses and manage their property as a debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

8.      No trustee or examiner has been appointed in these bankruptcy cases and no official committee of unsecured creditors has yet been established.

9.      Debtor MSSP is a limited partnership that owns the mixed use Office Building located 1911 Bagby Street, Houston, Texas 770002 and the eight story Parking Garage located at 1910 Bagby Street.   Debtor MSS is the general partner of MSSP.   The properties are located at the east corner of Bagby and Pierce Avenue in Houston.   This location is an area of the city known as Midtown.   Midtown is Houston's pedestrian oriented urban community uniquely positioned on the near/southwest side of the Houston central business district.

10.      The Office Building was originally constructed in 1975 and consisted of a two story 25,549 square foot building.   In 2011, the Debtors purchased and began renovations of the building to include a third floor containing an additional 10,923 square feet of additional office space.   The ground floor has been renovated as a restaurant space and the second floor is banquet and event center space.   Mr. Peeples Seafood + Steaks currently occupies the ground floor and the second floor space and opened for business in July 2013.   The third floor of the Office

Building is currently unoccupied. The Office Building also has a basement that contains approximately 7,606 of usable space. The basement is currently unfinished.

11.     In 2011, the Debtor purchased .0359 acres of unimproved raw land at 1910 Bagby for the purposes of constructing the eight story parking structure with retail on the first floor. The construction of the Parking Garage is complete and the retail space is occupied by Blackfinn American Grille, an upscale restaurant that offers several distinct grill/lounge environments. The Parking Garage has approximately 238 total spaces. There is very little parking in the immediate area to serve the local restaurants and businesses and the garage is favorably located. The Parking Garage generates approximately $22,000 a month in rent and parking charges. Market rate in the area for parking is approximately $6.00 per day per spot.

### B. Financing History

Bank of Houston

12.     On or about January 4, 2011, Debtors entered into a promissory note (the "First BH Note") with Bank of Houston which provided, among other things, that Bank of Houston loan MSSP $4,188,000.00 (the "First Loan") for the renovation of the Office Building to a mixed-use office/restaurant building, including adding a third floor to the Office Building.

13.     The First BH Note is secured by a Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (the "Deed of Trust"), which covers the Office Building. The First BH Note is further evidenced by a Loan Agreement dated January 4, 2011 between the Debtor, certain affiliated guarantors, and Bank of Houston, which,

among other things, provided for the terms relating to the disbursements of the First Loan proceeds.  The First BH Loan proceeds were fully funded by Bank of Houston.

14.     On or about January 31, 2012, MSSP and Bank of Houston entered into a Modification, Renewal and Extension Agreement related to the First BH Note, which among other things, modified and renewed the First BH Note, carried forward all liens, and provided that MSSP would commence interest and principal payment on August 31, 2012 in equally monthly installments until July 31, 2037, when the remaining principal and unpaid interest is due and owing (the "Modified First BH Note").

15.     On or about January 31, 2011, MSSP entered into a promissory note  with Bank of Houston (the "Second BH Note")which provided, among other things, that Bank of Houston  loan  MSSP  $4,252,500  (the  "Second  Loan")  for  the  for  the  acquisition, construction, development and operation of the Parking Garage.

16.     The Second BH Note is secured by a Deed of Trust, Assignment of Rents, Security  Agreement  and  Fixture  Filing  (the  "BH  Deed  of  Trust"),  which   covers  the Parking Garage.  The Second BH Note is further evidenced by a loan agreement dated January 4, 2011 between the Debtor, certain affiliated guarantors, and Bank of Houston, which, among other things, provided for the terms relating to the disbursements of the Second BH Note proceeds.  The Second BH Note proceeds were fully funded by Bank of Houston and the construction of the Parking Garage is complete.

17.     On or about January 31, 2012, MSSP and Bank of Houston entered into a Modification, Renewal and Extension Agreement related to the Second BH Note, which among other things, modified and renewed the Second BH Note, carried forward all liens, and provided that MSSP would commence interest and principal payment on July 4, 2012

in equal monthly installments of $30,332.56 until June 4, 2015, when the remaining principal and unpaid interest is due and owing (the "Modified Second BH Note").  The Debtors are currently making adequate protection payments to the Bank of Houston.

Mercantile Capital Corporation

18.     On or about January 31, 2011, MSSP entered into a promissory note ("Interim Note") with Mercantile Capital Corporation (the "Interim Lender" or "Mercantile") which provides, among other things, that the Interim Lender loan MSSP $3,350,400.000 (the "Interim Loan") for the renovation of the Office Building (as described above).

19.     The Interim Note is secured by a second Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (the "Second Deed of Trust"), which covers the Office Building.  The Interim Note is further evidenced by a Construction Coordination Agreement dated January 31, 2011 between the Debtor, the Bank of Houston and the Interim Lender, which, among other things, provides that the Interim Lender will advance funds pursuant to a construction draw agreement only after Bank of Houston has fully funded the First Loan.

20.     In furtherance of the Interim Loan, the Debtor entered into an agreement regarding conversion of the Interim Loan from a construction loan to a permanent loan that would result in twenty year debenture guaranteed by the SBA at 4% interest.  The Interim Loan matured in January 2012.  However, pre-petition MSSP (through loans from its affiliates) continued making interest only payments to the Interim Lender.  The Debtor and Mercantile entered into an extension agreement extending the terms Interim Loan up through September 15, 2013.

21.     The construction of the Office Building is now complete.  The final two draw requests have been approved by the third party inspector and been submitted to Mercantile for payment.  Copies of the two draw requests and inspection reports are attached hereto as Exhibits A and B, respectively.  The Debtors request authority to incur the indebtedness to Mercantile.  The indebtedness will be secured pursuant to Mercantile's Second Deed of Trust and replacement liens granted to Mercantile pursuant to the Final Order Approving the Use of Cash Collateral (See Doc #33).  To be clear, the post-petition indebtedness to Mercantile will be subordinate to the first liens and deeds of trust held by the Bank of Houston (pursuant to the terms of the Construction Coordination Agreement).

### C. Reasons for Filing Bankruptcy

22.     These bankruptcy cases were filed for two primary reasons.  First, the Interim Loan had matured and the Debtor had been unable to convert it into permanent financing.  The construction process was delayed when the City of Houston separately began to perform substantial infrastructure work on Bagby Street, which substantially limited the Debtors' access to the properties.  As a result, the Debtors' general contractor was unable to maintain the construction schedule.  Nevertheless, the construction of the Parking Garage is complete and the first floor retail space is occupied and generating monthly rental income.  Mr. Peeples Seafood + Steaks is now occupying the first and second floors of the Office Building (as of June 1, 2013) and is an additional source of rental income.  Second, a dispute between a prospective limited partner resulted in the commencement of a lawsuit. The Debtors have been unable to resolve the litigation.  Further, the lawsuit has prevented the Debtors from converting the Interim Loan into the permanent SBA debenture.

## IV. BASIS FOR REQUESTED RELIEF

### A. DIP Financing and Legal Standard

23.     As stated above, prior to the Petition Date, the Debtors entered into the loan documents with Bank of Houston and Mercantile, whereby the Debtors granted the Bank of Houston a first lien and security interest in substantially all of its assets, including rents (collectively "Collateral").   Mercantile has a second lien and deed of trust on the Office Building.

24.     Construction on the Office Building is now complete and the Debtor seeks authority to incur the final amount of indebtedness to Mercantile in the amounts of $9,088.84 (Draw Request No. 6) and $19,085.09 (Draw Request No. 7), respectively.

25.     Mercantile is willing to provide DIP financing to the Debtors in the amounts identified above.  The DIP Financing shall be secured by Mercantile's pre-petition liens and Second Deed of Trust and will become part the balance owed on the Interim Loan.   The interest rate will be based upon the pre-petition loan documents with Mercantile, which is currently 9.25%.

26.     The DIP Financing will be used to fund the post-petition construction expenses.

27.     A copy of the Interim Note is attached as Exhibit "C."

28.     The Debtors believe that they have business justification for incurring the post-petition indebtedness in order to ensure that operations are funded.

29.     Thus, the Debtors ask for this Court to authorize the Debtors to incur the post-petition indebtedness with Mercantile Capital Corporation in an amount up to $28,173.93 which will be secured by Mercantile's pre-petition liens and Second Deed of Trust on the Office Building.

30.     The Debtors are unable to obtain alternative financing on reasonable terms with such short notice.  Further, the proposed terms of the agreement are favorable and it is unlikely that better terms could otherwise be negotiated.

31.     Bankruptcy Rule 4001(c)(2) states that 14 days' notice must be given before final approval post-petition financing.   With this Motion, the Debtor is providing Bank of Houston and Mercantile Capital Corporation with 14 days notice between the time of the filing of this Motion and request that the Court grant the Motion immediately upon expiration of the 14 day notice period.  There is little harm to general unsecured creditors under this agreement since the secured lenders already has a first (or second) liens on substantially all of the Debtors' assets.  Thus, if the Debtors cannot fund operations, they will have to cease operating and Bank of Houston and/or Mercantile Capital Corporation will foreclose on the properties, leaving nothing for unsecured creditors.

## IV. Conclusion

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court:

1)     Enter an order after expiration of fourteen (14) days notice authorizing the Debtors to incur post-petition indebtedness to Mercantile Capital Corporation; and

2)     Grant all such other and further relief as is just and proper.

Respectfully submitted,

HOOVER SLOVACEK LLP

*/s/ T. Josh Judd*

By:_____

      EDWARD L. ROTHBERG
      State Bar No. 17313990
      T. JOSH JUDD
      State Bar No. 24036866
      5847 San Felipe, Suite 2200
      Houston, Texas 77057
      Telephone: 713.977.8686
      Facsimile:  713.977.5395

ATTORNEYS FOR *MIDTOWN SQUARE PROPERTY, LP AND MIDTOWN SCOUTS SQUARE, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing motion were forwarded via facsimile, e-mail, and/or U.S. first class mail, postage prepaid, on August 6, 2013, to the parties listed on the attached Service List.

**By ECF Notification:**

Ellen Maresh Hickman on behalf of U.S. Trustee US Trustee
ellen.hickman@usdoj.gov

Yolanda M Humphrey on behalf of Creditor Midtown Management District
houbank@pbfcm.com, tpope@pbfcm.com

John S Mayer on behalf of Creditor Bank Of Houston
jmayer@rossbanks.com

Carl O Sandin on behalf of Creditor Midtown Management District
csandin@pbfcm.com, tpope@pbfcm.com

Owen Mark Sonik on behalf of Creditor Midtown Management District
osonik@pbfcm.com, tpope@pbfcm.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

                                   /s/ T. Josh Judd_____
                                   T. Josh Judd

**Midtown Scouts Square Property, LP**
**Midtown Scouts Square, LLC**
**Jointly Administered Case #13-32920**
**JOINT MASTER SERVICE LIST**

| | | |
|---|---|---|
| Midtown Scouts Square Property, LP<br>Midtown Scouts Square, LLC<br>8305 Knight Road<br>Houston, TX 77054 | Ellen M. Hickman<br>Office of the United States Trustee<br>515 Rusk Room 3516<br>Houston, TX 77002 | Eric Mundinger<br>Bridge Capital Corporation<br>2365 Rice, Suite 201<br>Houston, TX 77005 |
| Harris County, et al.<br>Tax Assessor-Collector<br>P O Box 4622<br>Houston, TX 77210-4622 | Harris County, et al.<br>c/o Tara L.Grundemeier<br>Linebarger Goggan Blair & Sampson<br>P O Box 3064<br>Houston, TX 77253-3503 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Section<br>1919 Smith MAIL STOP HOU 5022<br>Houston, TX 77002 | Texas Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>P O Box 12548<br>Austin, TX 78711-2548 | Midtown Management District<br>P. O. Box 73109<br>Houston, Texas 77273 |
| **Secured Creditors:** | Bank of Houston<br>750 Bering Drive, Suite 100<br>Houston, TX 77057 | Mercantile Capital Corporation<br>60 North Court Avenue<br>Suite 200<br>Orlando, FL 32801 |

**20 Largest Unsecured Creditors:**

| | | |
|---|---|---|
| Allied Waste Services<br>P O Box 78829<br>Phoenix, AZ 85062-8829 | Associated Time & Parking Controls<br>904 Diplomacy Row<br>Dallas, TX 75247 | AWP Services<br>11410 Larkdale Drive<br>Houston, TX 77099 |
| Belknap Concrete Cutting and Drilling<br>9030 Solon Road<br>Houston, TX 77064 | BlackFinn<br>c/o 1910 Bagby, LLC<br>6300 Carmel Road, Suite 110B<br>Charlotte, NC 28226 | Cueto, James<br>2500 Summer Street<br>Houston, TX 77007 |
| Discovery Construction<br>701 N. Post Oak Rd. Suite 34<br>Houston, TX 77024 | Greenberg Traurig<br>1000 Louisiana Street<br>Suite 1700<br>Houston, TX 77002 | Harrell Architects<br>9575 Katy Freeway, Suite 200<br>Houston, TX 77024 |
| Hicham Nafaa, Ali Bendella, and<br>Neptunes Restaurant, LLC<br>c/o Daniel D. Horowitz, III<br>800 Commerce Street<br>Houston, TX 77002-1776 | Krenek Architects, Inc.<br>7115 S. Mason Road, Suite 314<br>Richmond, TX 77407 | Lone Star Advantage<br>5222 FM 1960 West, Suite 175<br>Houston, TX 77069 |

Pyrotex Systems, Inc.
P O Box 1639
Alvin, TX 77512

Richey Family Limited Partnership
PO Box 2569
Stafford, TX 77497

Scott Youngblood CPA
4512 Broadway Road
Pearland, TX 77581

State Parking Services, Inc.
1001 Texas Avenue
Houston, TX 77002

Summit Landscaping Services, Inc.
12452 Cutten Road
Houston, TX 77002

Trio Electric Ltd.
c/o Haynes and Boone, LLP
Attn: Karl Burrer
1221 McKinney Street, Suite 2100
Houston, Texas 77010

US Canvas & Awning Corporation
8331 Northern Street
Houston, TX 77071

Wholesale Restaurant Supply
1949 Bingle Road
Houston, TX 77055

AmeriPower, LLC
PO Box 16206
Sugar Land, TX 77496

**Parties Requesting Notice:**

Midtown Management District
c/o Carl Sandin, Owen Sonik, Yolanda Humphrey
Perdue Brandon Fielder Collins & Mott LLP
1235 North Loop West, Suite 600
Houston, TX 77008

Bank of Houston
c/o John Mayer
Ross Banks May Cron & Cavin PC
2 Riverway Suite 700
Houston, TX 77056

Mercantile Capital Corporation
c/o Eyal Berger
Akerman Senterfitt, P.A.
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301

AmeriPower, LLC
c/o Jennine Hovell-Cox
Law Offices of Jennine Hovell-Cox
P O Box 16276
Sugar Land, TX 77496-6276

Richey Family Limited Partnership
c/o Peter Johnson
Law Office of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, Texas 77045

Atul Lucky Chopra, M.D
c/o D. John Neese, Jr.
Hawash Meade Gaston Neese & Cicack, LLP
1221 McKinney Street, Suite 3150
Houston, TX 77056

Bank Of Houston
c/o Stephen Craig Wilcox
Adams Reese LLP
1221 McKinney St, Ste 4400
Houston, TX 77010

Harris County
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, Texas 77253-3064

Bank of Houston
c/o Lisa M. Hedrick
ADAMS AND REESE, LLP
4500 One Shell Square
701 Poydrass Street, Suite 4500
New Orleans, LA 70139



**EXHIBIT A**
~Gobbles~

## APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702

| | |
|---|---|
| TO: | Midtown Scouts Square Property LP<br>Lucky Chopra<br>8305 Knight Road<br>Houston, Texas 77054 |
| FROM CONTRACTOR: | Discovery Construction Inc.<br>701 N. Post Oak Rd. #340<br>Houston, Texas 77024 |

PROJECT: Mr. Peeples Restaurant
1911 Bagby. 1st Floor
Houston, Texas 77002

ARCHITECT: Perry N. Harrell, AIA
Harrell Architects, LP
9575 Katy Frwy, Ste. 200
Houston, Texas 77024

DISTRIBUTION TO:
☐ OWNER
☐ ARCHITECT
☒ CONTRACTOR

| | |
|---|---|
| APPLICATION #: | 7 |
| APPLICATION DATE: | 5/23/2013 |
| PERIOD FROM: | 5/3/2013 |
| PERIOD TO: | 5/23/2013 |

PROJECT NO.: 11037062

CONTRACT DATE: October 15, 2012

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL TRADE CONTRACT ........................... $   186,809.00
2. Add'l Trade Contract Assignments ..................... $         -
3. CONTRACT SUM TO DATE ............................... $   186,809.00
4. TOTAL COMPLETE & STORED TO DATE.................. $   186,809.00
5. RETAINAGE:
   a.   0% of completed work     -
   b.   0% of stored materials   $   -
           TOTAL RETAINAGE...................   -
6. TOTAL EARNED LESS RETAINAGE .................. $   186,809.00
7. LESS PREVIOUS CERTIFICATES OF PAYMENT ........ $   168,128.10
8. CURRENT PAYMENT DUE.............................. $    18,680.90
9. BALANCE TO FINISH CONTRACT...................... $0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved | | |
| In previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $         - | $         - |
| NET CHANGES by Change Order | $         - | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by the Application for Payment has been completed in accordance with the Contract Documents. that all amounts have been paid by the Contractor for work for which previous Certificates for Payments were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: DISCOVERY CONSTRUCTION INC.

By: _____   Date: _____ May 23, 2013 _____
    Alejandro Ortiz, President

State of Texas
County of Harris

Subscribed and sworn to before me this

Notary Public: _____
Printed Name: _____ Karen Allison _____
My Commission Expires: _____ June 14, 2016 _____

KAREN ALLISON
Notary Public, State of Texas
My Commission Expires
June 14, 2016

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief, the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contract is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................................... $ _____
(Attached explanation if amount certified differs from the amount applied.  Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)
ARCHITECT:
By: _____   Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contract under this Contract.

CONTINUATION SHEET      *AIA DOCUMENT G703*      Page 2

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed and certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Please use a separate AIA G703 document for all change orders that are issued on this Contract.

| APPLICATION #: | 7 |
| APPLICATION DATE: | 05/23/13 |
| PERIOD FROM: | 05/03/13 |
| PERIOD TO: | 05/23/13 |
| CONTRACT DATE: | 10/15/12 |

| A | B | C | D | PREVIOUS RETAINAGE | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | THIS APPLICATION | | TOTAL COMPLETED AND STORED TO DATE (D+F+F) | | BALANCE TO FINISH (C-G) | RETAINAGE 10% |
| ITEM NO. | DESCRIPTION | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (E+F) | PREVIOUS RETAINAGE | THIS PERIOD | STORED MATERIALS (not in D or F) | | | | |
| 1 | Mobilization | $ 5,000.00 | $ 5,000.00 | $ 500.00 | $ - | | $5,000.00 | 100% | $ - | $ - |
| 2 | Structural | $ 78,109.75 | $ 78,109.75 | $ 7,810.98 | $ - | $ - | $78,109.75 | 100% | $ - | $ - |
| | - Demo existing bar area | | | | | | | 100% | | |
| | - Demo existing kitchen counter | | | | | | | 100% | | |
| | - Demo existing Office | | | | | | | 100% | | |
| | - Cristal Room Structural Work | | | | | | | 100% | | |
| | - Kitchen Counter Structure | | | | | | | 100% | | |
| | - Build 6' Opening in Counter | | | | | | | 100% | | |
| | - Build Bar Structure | | | | | | | 100% | | |
| | - Build Display Table Structure | | | | | | | 100% | | |
| | - Build Fur Down | | | | | | | 100% | | |
| | - Build Columns | | | | | | | 100% | | |
| | - Build Arch | | | | | | | 100% | | |
| | - Build Booth Partition | | | | | | | 100% | | |
| | - Build Booth Structure | | | | | | | 100% | | |
| | - Install Patio Deck Extension (Labor Only) | | | | | | | 100% | | |
| | - Install Ceiling Tiles | | | | | | | 100% | | |
| | - Install Granite Countertops | | | | | | | 100% | | |
| | - Install Ceramic Tiles (Restrooms) | | | | | | | 100% | | |
| | - Final Cleaning | | | | | | | 100% | | |
| 3 | Electrical | $ 24,500.00 | $ 24,500.00 | $ 2,450.00 | $ - | $ - | $24,500.00 | 100% | $ - | $ - |
| 4 | HVAC | $ 30,848.50 | $ 30,848.50 | $ 3,084.85 | $ - | $ - | $30,848.50 | 100% | $ - | $ - |
| 5 | Plumbing | $ 21,300.00 | $ 21,300.00 | $ 2,130.00 | $ - | $ - | $21,300.00 | 100% | $ - | $ - |
| 6 | Sprinkler | $ 4,500.00 | $ 4,500.00 | $ 450.00 | $ - | $ - | $4,500.00 | 100% | $ - | $ - |
| 7 | Fire Alarm | $ 5,272.00 | $ 5,272.00 | $ 527.20 | $ - | $ - | $5,272.00 | 100% | $ - | $ - |
| 8 | General Contractor Fee | $ 17,278.75 | $ 17,278.75 | $ 1,727.88 | $ - | $ - | $17,278.75 | 100% | $ - | $ - |
| | Page Totals | $186,809.00 | $186,809.00 | $18,680.90 | $0.00 | $0.00 | $186,809.00 | | $0.00 | $0.00 |

DATE: 6/7/2013

CONSTRUCTION MANAGEMENT & INSPECTION, INC.
PROJECT DRAW REPORT - DRAW # FINAL

PROJECT #: 26097-3 W Completion Commitment
PROJECT NAME: ADM - Bughy - Mr. Peoples Rest.
OWNER: Advanced Diagnostic - Dr. Lucky Chirapu
832-605-7385 - Contact Ritan for Inspection
ron@clacanco.com

CONTRACTOR: Discovery Construction Inc.
713-957-5031

LENDER: Merchantile Bank - Lisa Botts

INSPECTOR: Tom Partin
#DRAWS
#INSPECTIONS

| | | |
|---|---|---|
| ORIGINAL CONSTR | | $186,809.00 |
| Net Change Orders | | $0.00 |
| TOTAL CONSTR | | $186,809.00 |
| Previous Disbursed | $186,809.00 | |
| Current Disbursed | $0.00 | |
| TOTAL CONSTR STORED | | $186,809.00 |
| Less Retention (100%) | | $0.00 |
| TOTAL LESS RETENTION | | $186,809.00 |
| CONSTR BALANCE | | $0.00 |
| CONSTR BAL + RET | | $0.00 |
| Net Percent Disbursed: | | 100% |

| | CATEGORY DESCRIPTION | ORIGINAL CONTRACT | Change Orders | Reallocations | REVISED CONTRACT | PREVIOUS DISBURSED | Draw 7 | TOTAL DISBURSED | Retention 7 | AMOUNT IN RETENTION | BUDGET BALANCE | % IASB | Rptd % Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 | ($500.00) | $0.00 | $0.00 | 100% | |
| 2 | Structural | $78,109.75 | $0.00 | $0.00 | $78,109.75 | $78,109.75 | $0.00 | $78,109.75 | ($7,810.98) | $0.00 | $0.00 | 100% | |
| 3 | Electrical | $24,500.00 | $0.00 | $0.00 | $24,500.00 | $24,500.00 | $0.00 | $24,500.00 | ($2,450.00) | $0.01 | $0.00 | 100% | |
| 4 | HVAC | $30,848.50 | $0.00 | $0.00 | $30,848.50 | $30,848.50 | $0.00 | $30,848.50 | ($3,084.85) | $0.00 | $0.00 | 100% | |
| 5 | Plumbing | $21,300.00 | $0.00 | $0.00 | $21,300.00 | $21,300.00 | $0.00 | $21,300.00 | ($2,130.00) | $0.00 | $0.00 | 100% | |
| 6 | Sprinkler | $4,500.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $0.00 | $4,500.00 | ($450.00) | $0.00 | $0.00 | 100% | |
| 7 | Fire Alarm | $5,272.00 | $0.00 | $0.00 | $5,272.00 | $5,272.00 | $0.00 | $5,272.00 | ($527.20) | $0.04 | $0.00 | 100% | |
| 8 | General Contractor Fee | $17,278.75 | $0.00 | $0.00 | $17,278.75 | $17,278.75 | $0.00 | $17,278.75 | ($1,727.87) | $0.01 | $0.00 | 100% | |
| 9 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($0.00) | ($0.00) | $0.00 | ######## | |
| Total Construction Contract Costs | | $186,809.00 | $0.00 | $0.00 | $186,809.00 | $186,809.00 | $0.00 | $186,800.00 | ($18,680.56) | $0.00 | $0.00 | 100% | |

Current Draw Amount                         $10,680.56

Payment of Draw Approved:

_____          _____          _____
General Contractor                   Owner                            Inspector          Overall % Completion

NOTES:



**TETRA TECH, INC.**
Construction Management & Inspection, Inc.

Date:   May 29, 2013

Owner Certification and Authorization for Disbursement

The undersigned Owner **Advanced Diagnostic Management, LLP** has
reviewed the draw request for the Bagby Mr. Peeples Restaurant project and
does hereby authorize and direct Lender to disburse the sum of $18,680.96 from
loan proceeds. And furthermore hereby approves payment of Draw No. FINAL
and has reviewed the attached draw report.

The Owner certifies that there has been no substantial adverse changes in his/
her financial conditions, organization, operation, or fixed assets since the
application for this loan was submitted and originated or subsequent to any
previous disbursement by Lender.

Acknowledged and Agreed By:

_____                    _6/7/13_____
Owner's Signature                                                  Date

_Lucky  Chopra_____
Printed Name

# CONTRACTORS' AFFIDAVIT OF COMPLETION AND PAYMENT OF BILLS AND INDEMNITY

Before me, the undersigned authority, on this date personally appeared __Alejandro Ortiz_____ (the "Affiant"; the official signor of the "Contractor"), who being first duly sworn by me, upon oath deposes and says that:

Affiant is duly authorized to make this affidavit and is fully and personally cognizant of all facts and matters herein stated. Affiant is aware of and makes this affidavit under the laws of the state where the Property described below is located.

Affiant is the (title) __President_____ of __Discovery Construction, Inc._____ (the "Contractor"), the Contractor on the job hereinafter described.

All funds heretofore advanced by __Mercantile Capital Corporation_____ (the "Bank") to __Discovery Construction, Inc._____ (the "Borrower" and/or "Contractor"), for the use with respect to certain construction of improvements in or on __1911 Bagby St. 1st Floor  Houston, Texas_____(the "Property") have been applied to the payment of obligations due to Borrower and/or Contractor for materials, labor and other cost incurred in connection with such construction, and for no other purpose.

All of the work described on the schedule (the "Schedule") which is attached to the application for payment attached hereto (the "Application") has been completed in a workmanlike manner.

There are no bills for labor and/or materials unpaid incident to the construction of the improvements except those items identified by obligee, work and amount on the Schedule, and/or Contractor has not received any notice or communication that any subcontractor, materialman, laborer or other party other than as shown upon the Schedule, has not been paid currently for all labor and materials performed or furnished in connection with the construction.

The items shown on the Schedule in the aggregate of $ __18,680.90_____ (final draw amount) represent the items presently due by Borrower and/or Contractor for labor, materials and other costs incurred in connection with the construction.

All sums advanced by Bank under or pursuant to the Application are for the sole purpose of paying obligations owing Borrower and/or Contractor as shown thereon, and for no other purpose.

Upon disbursement by Borrower and/or Contractor of the funds advanced by Bank under or pursuant to the Application, all obligations for labor, materials and other costs heretofore incurred by Borrower and/or Contractor in connection with such construction and which are due and payable will be immediately and fully paid and satisfied.

Affiant understands that this affidavit is made for the purpose of inducing Bank to make and advance to Borrower and/or Contractor incident to construction loan secured by the Property described above and that, in making any advance, Bank will rely upon the accuracy of the matters stated in this affidavit. Affiant and Borrower, jointly and severally will indemnify, defend and hold Bank harmless for, from, and against all losses, damages, liabilities, claims, causes of action, judgments, court costs, attorneys' fees and other legal expenses, cost of evidence of title, cost of evidence of value, and other costs and expenses which Bank may suffer or incur because of any incorrect, false, or misleading statements contained in this affidavit.

All obligations of the Affiant and the Borrower set forth herein shall continue as long as Bank is subject to any potential, threatened or actual proceeding or legal action by reason of the fact

that Affiant or its subcontractors, materialmen, laborers and/or suppliers assert a right to payment or obtain a lien on the Property.

This affidavit and the agreements set forth herein shall be governed by the laws of the state where the Property is located. No amendment or modification of the terms of this Affidavit and Indemnity shall be effective unless in writing and executed by the parties hereto. This Affidavit and Indemnity shall be binding upon and inure to the benefit of the parties, their successors and assigns. If any term hereof is declared to be unenforceable by a court of competent jurisdiction, that term shall be deleted and the enforceability of this Affidavit and Indemnity shall otherwise be unaffected.

Contractor:

    Alejandro Ortiz, President of Discovery Construction, Inc.
      Affiant (in his individual capacity and as Contractor for Borrower)

SUBSCRIBED AND SWORN TO BEFORE ME this 24th day of May , 2013

    Karen Allison
    Notary Public, State of ___Texas___

KAREN ALLISON
Notary Public, State of Texas
My Commission Expires
June 14, 2016

OWNER'S (BORROWER) CONSENT TO ADVANCE

The undersigned, being an owner of the real property above described or other interested party, consents to the Bank's making the loan advance herein, above described and further described on the attached application for payment.

Owner:

SUBSCRIBED AND SWORN TO BEFORE ME this 11 day of June , 2013

    Gala Franklin
    Notary Public, State of Texas

AFFIDAVIT/10210v1

GALA FRANKLIN
Notary Public, State of Texas
My Commission Expires
April 15, 2014

10/20/10

# CITY OF HOUSTON
# CERTIFICATE OF OCCUPANCY

Owner or Occupant: MR. PEEPLES RESTAURANT

This certificate must be posted in a conspicuous place on the premises and authorizes the Building(s) or Structure(s) to be occupied at:

| 1911 | BAGBY | ST | | 100 | | |
|---|---|---|---|---|---|---|
| street no. | street name | | | suite | lot | block |

| RESTAURANT BUILDOUT 1-3-2-A2-A  100 % SPRINKLER  2006 IBC | | | | | 0190 |
|---|---|---|---|---|---|
| occupancy use | | | | | occ. load |

| FAIRGROUNDS WEST END | | 003 | 25-JUN-2013 | 2 | A2 | A |
|---|---|---|---|---|---|---|
| subdivision | | stories | date | type | group | rating |

The work listed hereon has been duly inspected and found to comply with City of Houston Building Code requirements for the occupancy group and use shown.  This certificate covers ONLY the work described above.

## NOTICE

The building official is authorized to, in writing, suspend or revoke a certificate issued under the provisions of the Building Code as per section 110.4.  Alterations without the required permits and inspections may, as per section 105.1 of the Building Code, invalidate this certificate.

THIS CERTIFICATE DOES NOT CERTIFY COMPLIANCE WITH THE 'AMERICAN WITH DISABILITIES' ACT.

Project Number: 13000983
Receipt Number: 5380678
Film Number: 13000983



Prepared by JONES

For Thomas J. Hosey, CBO, CASP
Building Official for the City of Houston



# CHECK REQUEST REPORT

| | |
|---|---|
| Project Name: | ADM Building/Mr. Peeples Restaurant    Final Draw |
| No. | 26997-1 |
| Disb. Agent | AH |

| | Date Thru | Total | Retainage | Amount Paid | W-9 |
|---|---|---|---|---|---|
| **Discovery Construction Inc.** | 05/31/13 | $  16,230.96 | $        - | $        16,230.96 | X |
| 701 N Post Oak Rd. Ste. 340 | | | | | |
| Houston, TX 77024 | | | | | |
| 02-0815379 C Corp | | | | | |
| 713-957-5031 | | | | | |
| | | | | | |
| Franklin - Padilla Electric | 05/31/13 | $    2,450.00 | $        - | $          2,450.00 | X |
| 10101 SE Fwy Ste. 400 | | | | | |
| Houston, TX 77074 | | | | | |
| 27-1837683 LLC  C Corp | | | | | |
| 281-804-9557 | | | | | |

| | | Total | Retainage | Amount Paid | |
|---|---|---|---|---|---|
| Sub Total | | $  18,680.96 | $        - | $        18,680.96 | |
| TT Invoice | | $      350.00 | | $             350.00 | |
| Total | | $  19,030.96 | $        - | $        19,030.96 | |

Page 1 of 1



**Tetra Tech Divisions**
A Division of Tetra Tech, Inc.
3475 E. Foothill Blvd.
Pasadena, CA 91107
(626) 351-4664

| | | | |
|---|---|---|---|
| Bill To: | BANK OF HOUSTON | INVOICE NUMBER: | 50682073 |
| ATTN: | JENNIFER SURRENCY | INVOICE DATE: | 05/31/2013 |
| | 750 BERING SRIVE- SUITE 100 | REFERENCE: | PCD200110105 |
| | HOUSTON, TX 77024 | FEDERAL TAX ID#: | 8514 |
| | | PROJECT: | 100-CDI-26997 |
| | | BILLING PERIOD FROM: | 05/15/2013 |
| | | BILLING PERIOD TO: | 05/31/2013 |

Advanced Diagnostic Management, LLP
8305 Knight Road
Houston, TX 77054
**PROFESSIONAL SERVICES:**
ADM Building Addition/Renovation aka Scout Square Office Building
May 15, 2013 through May 31, 2013

| DESCRIPTION | TOTAL AMOUNT DUE |
|---|---|
| DRAW ADMINISTRATION | $350.00 |

TOTAL AMOUNT DUE THIS INVOICE: $350.00

**Please Remit Invoice to:**
**Tetra Tech Inc - Sunriver**
**P.O. Box 3585**
**56835 Venture Lane, Suite 204**
**Sunriver, OR 97707**

FOR FURTHER INFORMATION, PLEASE CONTACT THE UNDERSIGNED.

Project Manager:
Halvorsen, Angela

To ensure accurate posting, please note the invoice number on your check. Interest will be charged on all past-due amounts per contract terms and conditions.

 OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

# INVOICE 6214

**Invoice Date: 7/2/2013**
**File Number: HT074305**

| To: | From: |
|---|---|
| MERCANTILE CAPITAL CORPORATION<br>60 N. COURT AVE.<br>SUITE 200<br>ORLANDO, FL 32801<br>ATTN: LISA BOTT | Old Republic National Title Insurance Company<br>777 Post Oak Blvd.<br>Suite 100<br>Houston, TX 77056 |

Buyer:
Seller:
Reference:
Property Address: 1911 BAGBY ST. HOUSTON TX 77002
Brief Legal: Block 1, Reserve A, OLD SCOUTS PLAZA, a subdivision in Harris County, Texas.
Loan Amount:                                    Sales Amount:

| Description | Amount | Qty | Total |
|---|---|---|---|
| Updated & Revised Nothing Further Report | $50.00 | 1 | $50.00 |

| | |
|---|---|
| Subtotal | $50.00 |
| Tax @ 8.25 % | $4.13 |
| Non Taxable Amt. | $0.00 |
| Credits | $0.00 |
| Grand Total | $54.13 |

*Please Remit To:*
Old Republic National Title Insurance Company
ATTN: Accounting
777 Post Oak Blvd.
Houston, TX 77056
713-626-9220

*Thank you!*

HT074305
OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
CUSTOMER SERVICE DEPARTMENT
777 POST OAK BLVD., SUITE 100
HOUSTON, TEXAS 77056
(713) 626-9220

NOTHING FURTHER REPORT

RE:   1911 BAGBY ST., HOUSTON, TX 77002

REQUESTED BY: MERCANTILE CAPITAL CORPORATION / LISA BOTT


LEGAL DESCRIPTION: Being all of OLD SCOUTS PLAZA SUBDIVISION, a subdivision in Harris County,
Texas, according to the map or plat thereof, recorded under Film Code No. 631243, of the Map Records of Harris
County, Texas.


We have searched the Records of Old Republic National Title Insurance Company 's Abstract Plant, as to the above
described property, from January 16, 2013 to June 25, 2013 at 5:00 p.m., and find NOTHING FURTHER affecting
title EXCEPT:

NONE OF RECORD

We have searched the Records of Old Republic National Title Insurance Company's Abstract Plant, for any adverse
matters such as Abstract of Judgments, Federal and State Tax Liens, as to the following named person:

MIDTOWN SCOUTS SQUARE PROPERTY, LP

And we find only the following:

There is pending in Bankruptcy Court under Cause No. 201332920 / CHAPTER 11/ filed May 9, 2013, a
bankruptcy styled MIDTOWN SCOUTS SQUARE PROPERTY LP, #27-4242777, which may affect the
herein described property.


NOTICE: OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY DISCLAIMS ANY
WARRANTIES, EXPRESSED OR IMPLIED, CONCERNING THIS INFORMATION. THIS
INFORMATION IS SOLELY FOR THE USE OF THE PARTY REQUESTING IT AND NO ONE ELSE.
OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S LIABILITY FOR ERRORS AND/OR
OMISSIONS IN THIS INFORMATION SHALL BE LIMITED TO THE AMOUNT PAID FOR THIS
REPORT. BY ACCEPTING THIS FORM, THE PARTY REQUESTING THE INFORMATION AGREES
THAT THE DISCLAIMER OF WARRANTIES AND LIABILITY LIMITATION CONTAINED IN THIS
PARAGRAPH IS A PART OF ITS CONTRACT WITH OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY AND SHALL COVER ALL ACTIONS WHETHER ARISING HEREUNDER BY
STATUTE, IN CONTRACT, OR IN TORT.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY


CUSTOMER SERVICE DEPARTMENT
JESSE ARRIAZOLA


NFR NOTHING FURTHER REPORT                                                    Page 1 of 1

## Document Header

| Clerk Number | Film Code | File Date | Doc Type | Amount | Pages | Control Number |
|---|---|---|---|---|---|---|
| 201332920 | | 5/9/2013 | BK | $0.00 | 0 | 95237492 |

| Company | Lender | Doc Source | Status | Last Changed |
|---|---|---|---|---|
| | | B | P | 05/10/2013 |

## 201332920

```
⊟ Document Header
  ⊟ Document Remark
       CHAPTER 11  (TX/S/3)
⊟ Party
  ⊟ Party 1 :
       MIDTOWN SCOUTS SQUARE PRO
       Index : N
     ⊟ Remark
          27-4242777
       MIDTOWN SCOUTS SQUARE PRO
       Index : N
     ⊟ Remark
          27-4242777
```

# TETRA TECH, INC.
~~Construction Management & Inspection, Inc.~~

Date:   June ~~12~~ 25, 2013

To:     Lisa Bott – Mercantile Bank

RE:     DRAW REQUEST ON THE FOLLOWING PROJECT:
        **Project Name: ADM Building/Mr. Peeples Rest.**
        Draw Final                                          $18,680.96      *title fee*
        Fee Invoice                                         $350.00         *plus $54.13*
        Total To Fund                                       $19,030.96      *=*
This draw request has been inspected to compare the percentage of work verses the amount   *$19,085.0c*
requested.  Tt-CMI ____ is/or ____ is not in agreement with the amount requested.  EXCEPTIONS
NOTED;   If you are in agreement with this request please wire the above stated amount into our
**Wells Fargo Bank Account #4100063957, Routing #121000248.**  Please fax notification of the
wire transfer to our office (541-593-3604)  once the deposit has been made.  The contractor's
checks will not be Federal Expressed without this notification.

*Loan = $19,937.30*
*Borrower = $1,147.79*
*$19,085.09*

The following documents are enclosed in this package:
☒ Original Draw Report                    ☐ Reallocation of Funds
☐ Date Down Endorsement                   ☐ Change Orders
☐ Foundation Endorsement                  ☐ Recorded Notice of Completion
☐ Inspection Report                       ☒ Certificate of Occupancy
☒ Contractor signed Draw Report           ☒ Contractor's Affidavit of Completion
☒ Contractor's Application for Payment     ☐ Building Permits
☒ Owner signed Draw Report                ☐ Check Register
☒ Owner Authorization for Disbursement     ☐ Vendor Activity Report (Paid & Unpaid)

The following documents have been received and are retained in our draw file.
☒ Invoices for draw request               ☒ Payment Vouchers for draw request
☒ Lien Waivers for draw request           ☒ Unconditionals Prev. Draw

Please notify us immediately if our balances are incorrect with your records.  If you have any
questions, please do not hesitate to call me.

Sincerely,

*Angela Halvorsen*

Angela Halvorsen
Disbursement Agent/
Contract Administrator

Banking Information
Wells Fargo Bank
1000 Lakes Drive
Suite 250
West Covina, CA 91790
626-919-6602

4223 258th Ave SE, Issaquah, WA  98029    (425)557-2052 – (425)557-2053 fax

DATE:         5/29/2013

CONSTRUCTION MANAGEMENT & INSPECTION, INC.
PROJECT DRAW REPORT - DRAW # FINAL

PROJECT #:       26997-1 W Completion Commitment
PROJECT NAME:    ADM - Bagby - Mr. Peeples Resi.
OWNER:           Advanced Diagnostic - Dr. Lucky Chiropa
                 832-605-7385 - Contact Jiten for Inspection   jiten@deccanco.com
CONTRACTOR:      Discovery Construction. Inc.
                 713-957-5031

LENDER:          Mercantile Bank - Lisa Botts

INSPECTOR        Tom Parlin
#DRAWS
#INSPECTIONS

| | | |
|---|---|---|
| ORIGINAL CONSTR | | $186,809.00 |
| Net Change Orders | | $0.00 |
| TOTAL CONSTR | | $186,809.00 |
| Previous Disbursed | $186,809.00 | |
| Current Disbursed | $0.00 | |
| TOTAL CONSTR STORED | | $186,809.00 |
| Less Retention (10%): | | $0.00 |
| TOTAL LESS RETENTION | | $186,809.00 |
| CONSTR BALANCE | | $0.00 |
| CONSTR BAL + RET | | $0.00 |
| Net Percent Disbursed: | | 100% |

| | CATEGORY DESCRIPTION | ORIGINAL CONTRACT | Change Orders | Reallocations | REVISED CONTRACT | PREVIOUS DISBURSED | Draw 7 | TOTAL DISBURSED | Retention 7 | AMOUNT IN RETENTION | BUDGET BALANCE | % DISB | Rptd % Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 | ($500.00) | $0.00 | $0.00 | 100% | |
| 2 | Structural | $78,109.75 | $0.00 | $0.00 | $78,109.75 | $78,109.75 | $0.00 | $78,109.75 | ($7,810.98) | $0.00 | $0.00 | 100% | |
| 3 | Electrical | $24,500.00 | $0.00 | $0.00 | $24,500.00 | $24,500.00 | $0.00 | $24,500.00 | ($2,450.00) | $0.00 | $0.00 | 100% | |
| 4 | HVAC | $30,848.50 | $0.00 | $0.00 | $30,848.50 | $30,848.50 | $0.00 | $30,848.50 | ($3,084.85) | $0.01 | $0.00 | 100% | |
| 5 | Plumbing | $21,300.00 | $0.00 | $0.00 | $21,300.00 | $21,300.00 | $0.00 | $21,300.00 | ($2,130.00) | $0.00 | $0.00 | 100% | |
| 6 | Sprinkler | $4,500.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $0.00 | $4,500.00 | ($450.00) | $0.00 | $0.00 | 100% | |
| 7 | Fire Alarm | $5,272.00 | $0.00 | $0.00 | $5,272.00 | $5,272.00 | $0.00 | $5,272.00 | -$527.20 | $0.04 | $0.00 | 100% | |
| 8 | General Contractor Fee | $17,278.75 | $0.00 | $0.00 | $17,278.75 | $17,278.75 | $0.00 | $17,278.75 | ($1,727.87) | $0.01 | $0.00 | 100% | |
| 9 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($0.06) | ($0.06) | $0.00 | #DIV/0! | |

| Total Construction Contract Costs | $186,809.00 | $0.00 | $0.00 | $186,809.00 | $186,809.00 | $0.00 | $186,809.00 | ($18,680.96) | $0.00 | $0.00 | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Current Draw Amount          $18,680.96

Payment of Draw Approved:

_____          _____          _____     _____
General Contractor                    Owner                             Inspector              Overall % Completion

NOTES:

# DRAW REQUEST INSPECTION REPORT

**PROJECT NAME:** ADM Building - Mr. Peeples Rest
**PROJECT LOCATION**
 **1911 Bagby St**
HOUSTON, TX 77002

**PROJECT #:**   100-CDI-26997
**BORROWER:**
 Advanced Diagnostics
**Contact:** Dr. Lucky Chopra
8305 Knight Rd
HOUSTON, TX 77054
**Phone:** 832-605-7385

**GENERAL CONTRACTOR**
D E Harvey Builders
**Contact:** Scott Paden
3630Westchase
HOUSTON, TX
**Phone:** 281-782-1665

**LENDER: Bank of Houston**
**Bank Signor:** Eric Kern
**Email:** ekern@bankhouston.com
750 Bering Rd Suite 100
HOUSTON, TX
**Phone:** 713-600-6658

**DISBURSEMENT AGENT**
**Contact:** ANGELA HALVORSEN
4223 258th Ave. S.E.
ISSAQUAH, WA  98029
**Phone:** 425-557-2052   **Fax:** 425-557-2053   **Email:**
angela.halvorsen@tetratech.com

**INSPECTOR**
TP BUSINESS SERVICES
**Contact:** TOM PARTIN
2118 Musket Ridge
RICHMOND, TX 77406
**Phone:** 281-344-8944   **Fax:** 832-201-8742   **Email:** tom.partin@tetratech.com

Alex Ortiz with Discovery Construction was contacted for the inspection #19 on ADM and inspection report #6 on Mr. Peeples which was conducted on May 20, 2013.
This portion of this project covers first floor work for a restaurant build out.

| Description of Work | Percent Complete Reported Previous Period | Percent Complete Reported this Period | Inspector Estimated Complete |
|---|---|---|---|
| **1  Mobilization** | 100% | 100% | --- |

Item reported complete at previous inspection.

| | | | |
|---|---|---|---|
| **2  Structural** | 95% | 100% | 100% |

Structural steel erection appears to be complete.

  

| 3  Electrical | 95% | 100% | 100% |
|---|---|---|---|

Electrical work has been completed.



| 4  HVAC | 95% | 100% | 100% |
|---|---|---|---|

HVAC work is complete.  The HVAC system was in use at the time of inspection.



| 5  Plumbing | 95% | 100% | 100% |
|---|---|---|---|

Plumbing is complete including fixtures.




| 6  Sprinkler | 95% | 100% | 100% |
|---|---|---|---|

The fire sprinkler system is complete.

| 7  Fire Alarm | 95% | 100% | 100% |
|---|---|---|---|

The fire alarm system appears to be complete.

Other Photos:








  

**CONCLUSIONS:**
The overall percent complete for the Mr. Peeples build out appears to be 100%.

Prepared by:

## APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702*

TO: Midtown Scouts Square Property LP
Lucky Chopra
8305 Knight Road
Houston, Texas 77054

FROM CONTRACTOR: Discovery Construction Inc.
701 N. Post Oak Rd. #340
Houston, Texas 77024

PROJECT: Mr. Peeples Restaurant
1911 Bagby, 1st Floor
Houston, Texas 77002

ARCHITECT: Perry N. Harrell, AIA
Harrell Architects, LP
9575 Katy Frwy, Ste. 200
Houston, Texas 77024

DISTRIBUTION TO:
OWNER
ARCHITECT
CONTRACTOR

APPLICATION #: 6
APPLICATION DATE: 5/3/2013
PERIOD FROM: 3/30/2013
PERIOD TO: 5/2/2013

PROJECT NO: 11037062

CONTRACT DATE: October 16, 2012

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL TRADE CONTRACT ............................ $ 186,809.00

2. Add'l Trade Contract Assignments ...................... $ -

3. CONTRACT SUM TO DATE............................... $ 186,809.00

4. TOTAL COMPLETE & STORED TO DATE............. $ 186,809.00

5. RETAINAGE:
   a.    0% of completed work       18,680.90
   b.    0% of stored materials   $      -
              TOTAL RETAINAGE ..............    18,680.90

6. TOTAL EARNED LESS RETAINAGE ................. $ 168,128.10

7. LESS PREVIOUS CERTIFICATES OF PAYMENT ... $ 159,946.26

8. CURRENT PAYMENT DUE.............................. $ 8,181.84

9. BALANCE TO FINISH CONTRACT..................... $0.00

0%

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by the Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous Certificates for Payments were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: DISCOVERY CONSTRUCTION INC.

By:                                        Date:   May 3, 2013
        Alejandro Ortiz, President

State of Texas
County of Harris

Subscribed and sworn to before me this

Notary Public:
Printed Name:    Karen Allison
My Commission Expires:    June 14, 2016

KAREN ALLISON
Notary Public, State of Texas
My Commission Expires
June 14, 2016

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief, the Work has progressed as indicated, the quantity of the Work is in accordance with the Contract Documents, and the Contract is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................................ $
(Attached explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By:                                        Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contract under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved | | |
| In previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $          - | $          - |
| NET CHANGES by Change Order | $          - | |

EXHIBIT
B

**CONTINUATION SHEET**         *AIA DOCUMENT G703*         Page 2

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing     APPLICATION #:     6

Contractor's signed and certification is attached.     APPLICATION DATE:     05/03/13

In tabulations below, amounts are stated to the nearest dollar.     PERIOD FROM:     03/30/13

Use Column I on Contracts where variable retainage for line items may apply.     PERIOD TO:     05/02/13

Please use a separate AIA G703 document for all change orders that are issued on this Contract.     CONTRACT DATE:     10/15/12

| A | B | C | D | | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | TOTAL | | |
| | | | FROM | PREVIOUS | THIS APPLICATION | | COMPLETED | BALANCE | RETAINAGE |
| | | | PREVIOUS | RETAINAGE | | STORED | AND STORED | TO FINISH | 10% |
| ITEM | | SCHEDULED | APPLICATION | | THIS PERIOD | MATERIALS | TO DATE | [C-G] | |
| NO. | DESCRIPTION | VALUE | [E+F] | | | (not in D or E) | [D+E+F] | % | |
| 1 | Mobilization | $ 5,000.00 | $ 5,000.00 | $ 500.00 | $ - | | $5,000.00 | 100% | $ - | $ 500.00 |
| 2 | Structural | $ 78,109.75 | $ 74,204.26 | $ 7,420.43 | $ 3,905.49 | $ - | $78,109.75 | 100% | $ - | $ 7,810.98 |
| | - Demo existing bar area | | | | | | | 100% | | |
| | - Demo existing kitchen counter | | | | | | | 100% | | |
| | - Demo existing Office | | | | | | | 100% | | |
| | - Cristal Room Structural Work | | | | | | | 100% | | |
| | - Kitchen Counter Structure | | | | | | | 100% | | |
| | - Build 6' Opening in Counter | | | | | | | 100% | | |
| | - Build Bar Structure | | | | | | | 100% | | |
| | - Build Display Table Structure | | | | | | | 100% | | |
| | - Build Fur Downs | | | | | | | 100% | | |
| | - Build Columns | | | | | | | 100% | | |
| | - Build Arch | | | | | | | 100% | | |
| | - Build Booth Partition | | | | | | | 100% | | |
| | - Build Booth Structure | | | | | | | 100% | | |
| | - Install Patio Deck Extension (Labor Only) | | | | | | | 100% | | |
| | - Install Ceiling Tiles | | | | | | | 100% | | |
| | - Install Granite Countertops | | | | | | | 100% | | |
| | - Install Ceramic Tiles (Restrooms) | | | | | | | 100% | | |
| | - Final Cleaning | | | | | | | 0% | | |
| 3 | Electrical | $ 24,500.00 | $ 23,275.00 | $ 2,327.50 | $ 1,225.00 | $ - | $24,500.00 | 100% | $ - | $ 2,450.00 |
| 4 | HVAC | $ 30,848.50 | $ 29,306.00 | $ 2,930.60 | $ 1,542.50 | $ - | $30,848.50 | 100% | $ - | $ 3,084.85 |
| 5 | Plumbing | $ 21,300.00 | $ 20,235.00 | $ 2,023.50 | $ 1,065.00 | $ - | $21,300.00 | 100% | $ - | $ 2,130.00 |
| 6 | Sprinkler | $ 4,500.00 | $ 4,275.00 | $ 427.50 | $ 225.00 | $ - | $4,500.00 | 100% | $ - | $ 450.00 |
| 7 | Fire Alarm | $ 5,272.00 | $ 5,008.00 | $ 500.80 | $ 264.00 | $ - | $5,272.00 | 100% | $ - | $ 527.20 |
| 8 | General Contractor Fee | $ 17,278.75 | $ 16,414.81 | $ 1,641.48 | $ 863.94 | $ - | $17,278.75 | 100% | $ - | $ 1,727.88 |
| | **Page Totals** | $186,809.00 | $177,718.07 | $17,771.81 | $9,090.93 | $0.00 | $186,809.00 | | $0.00 | $18,680.90 |



**TETRA TECH, INC.**
Construction Management & Inspection, inc.

Date:   May 13, 2013

Owner Certification and Authorization for Disbursement

The undersigned Owner **Advanced Diagnostic Management, LLP**  has
reviewed the draw request for the Bagby Mr. Peeples Restaurant project and
does hereby authorize and direct Lender to disburse the sum of $8181.84 from
loan proceeds. And furthermore hereby approves payment of Draw No. 6 and
has reviewed the attached draw report.

The Owner certifies that there has been no substantial adverse changes in his/
her financial conditions, organization, operation, or fixed assets since the
application for this loan was submitted and originated or subsequent to any
previous disbursement by Lender.

Acknowledged and Agreed By:

_____          5/16/17
Owner's Signature                                        Date

_Lucky Chopra_
Printed Name

4223 258ᵗʰ AVE SE, Issaquah, WA 98029 – 425-557-2052 – 425-557-2053/fax

DATE:         5/16/2013

CONSTRUCTION MANAGEMENT & INSPECTION, INC.
PROJECT DRAW REPORT - DRAW #6

PROJECT #:       26997-1 W Completion Commitment
PROJECT NAME:    ADM - Bagby - Mr. Peeples Rest.
OWNER:           Advanced Diagnostic - Dr. Lucky Chiropa
                 832-605-7885 – Contact Jiten for Inspection   jiten@deccanco.com
CONTRACTOR:      Discovery Construction Inc.
                 713-957-5081

LENDER:          Merchantile Bank - Lisa Botts

INSPECTOR        Tom Partin
#DRAWS
#INSPECTIONS

| | | | | |
|---|---|---|---|
| ORIGINAL CONSTR | | $186,809.00 |
| Net Change Orders | | $0.00 |
| TOTAL CONSTR | | $186,809.00 |
| Previous Disbursed | $177,718.55 | |
| Current Disbursed | $9,090.93 | |
| TOTAL CONSTR STORED | | $186,809.48 |
| Less Retention (10%): | | $18,680.96 |
| TOTAL LESS RETENTION | | $168,128.52 |
| CONSTR BALANCE | | ($0.48) |
| CONSTR BAL + RET | | $18,680.48 |
| Net Percent Disbursed: | | 100% |

| | CATEGORY DESCRIPTION | ORIGINAL CONTRACT | Change Orders | Reallocations | REVISED CONTRACT | PREVIOUS DISBURSED | Draw 6 | TOTAL DISBURSED | Retention 6 | AMOUNT IN RETENTION | BUDGET BALANCE | % DISB | Rptd % Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $500.00 | $0.00 | 100% | |
| 2 | Structural | $78,109.75 | $0.00 | $0.00 | $78,109.75 | $74,204.26 | $3,905.49 | $78,109.75 | $390.55 | $7,810.98 | $0.00 | 100% | |
| 3 | Electrical | $24,500.00 | $0.00 | $0.00 | $24,500.00 | $23,275.00 | $1,225.00 | $24,500.00 | $122.50 | $2,450.00 | $0.00 | 100% | |
| 4 | HVAC | $30,848.50 | $0.00 | $0.00 | $30,848.50 | $29,306.08 | $1,542.50 | $30,848.58 | $154.25 | $3,084.86 | ($0.08) | 100% | |
| 5 | Plumbing | $21,300.00 | $0.00 | $0.00 | $21,300.00 | $20,235.00 | $1,088.00 | $21,300.00 | $106.50 | $2,130.00 | $0.00 | 100% | |
| 6 | Sprinkler | $4,500.00 | $0.00 | $0.00 | $4,500.00 | $4,275.00 | $225.00 | $4,500.00 | $22.50 | $450.00 | $0.00 | 100% | |
| 7 | Fire Alarm | $5,272.00 | $0.00 | $0.00 | $5,272.00 | $5,008.40 | $264.00 | $5,272.40 | $26.40 | $527.24 | ($0.40) | 100% | |
| 8 | General Contractor Fee | $17,278.75 | $0.00 | $0.00 | $17,278.75 | $16,414.81 | $863.94 | $17,278.75 | $86.00 | $1,727.88 | $0.00 | 100% | |
| 9 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | |
| Total Construction Contract Costs | | $186,809.00 | $0.00 | $0.00 | $186,809.00 | $177,718.55 | $9,090.93 | $186,809.48 | $900.00 | $18,680.96 | ($0.48) | 100% | |

Current Draw Amount                                    $8,191.84

Payment of Draw Approved:

_____          _____          _____
General Contractor                 Owner                               Inspector          Overall % Completion

                                   5/16/13

NOTES:



# CHECK REQUEST REPORT

**Project Name:** ADM Building/Mr. Peeples Restaurant     Draw 6
**No.** ▮997-1
**Disb. Agent**   **AH**

|  | Date Thru | Total | Retainage | Amount Paid | W-9 |
|---|---|---|---|---|---|
| **Discovery Construction Inc.** | 05/02/13 | $ 7,865.93 | $ 786.59 | $ 7,079.34 | X |
| 701 N Post Oak Rd. Ste. 340 |  |  |  |  |  |
| Houston, TX 77024 |  |  |  |  |  |
| 02-0815379 C Corp |  |  |  |  |  |
| 713-957-5031 |  |  |  |  |  |
|  |  |  |  |  |  |
| Franklin - Padilla Electric | 05/02/13 | $ 1,225.00 | $ 122.50 | $ 1,102.50 | X |
| 10101 SE Fwy Ste. 400 |  |  |  |  |  |
| Houston, TX 77074 |  |  |  |  |  |
| 27-1837683 LLC  C Corp |  |  |  |  |  |
| 281-804-9557 |  |  |  |  |  |
|  | Sub Total | $ 9,090.93 | $ 909.09 | $ 8,181.84 |  |
| TT Invoice 50663655 |  | $ 907.00 |  | 907.00 |  |
| Total |  | $ 9,997.93 | $ 909.09 | $ 9,088.84 |  |

Page 1 of 1



**Tetra Tech Divisions**
A Division of Tetra Tech, Inc.
3475 E. Foothill Blvd.
Pasadena, CA 91107
(626) 351-4664

| | | | |
|---|---|---|---|
| **Bill To:** | BANK OF HOUSTON | **INVOICE NUMBER:** | 50677366 |
| **ATTN:** | Jennifer Surrency | **INVOICE DATE:** | 05/14/2013 |
| | 750 Bering Drive - Suite 100 | **REFERENCE:** | PCD200110105 |
| | HOUSTON, TX 77024 | **FEDERAL TAX ID#:** | ████85144 |
| | | **PROJECT:** | 100-CDI-26997 |
| | | **BILLING PERIOD FROM:** | 04/05/2013 |
| | | **BILLING PERIOD TO:** | 05/14/2013 |

Advanced Diagnostic Management, LLP
8305 Knight Road
Houston, TX 77054
**PROFESSIONAL SERVICES:**
ADM Building Addition/Renovation aka Scout Square Office Building
April 5, 2013 through May 14, 2013

| DESCRIPTION | TOTAL AMOUNT DUE |
|---|---|
| DRAW ADMINISTRATION | $350.00 |
| INSPECTION SERVICES | $557.00 |
| | |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$907.00** |

Please Remit Invoice to:

Tetra Tech Inc - Sunriver

P.O. Box 3585

56835 Venture Lane, Suite 204

Sunriver, OR 97707

FOR FURTHER INFORMATION, PLEASE CONTACT THE UNDERSIGNED.

*Micah P Jaya*

**Project Manager:**
Halvorsen, Angela

To ensure accurate posting, please note the invoice number on your check. Interest will be charged on all past-due amounts per contract terms and conditions.



# CHECK REQUEST REPORT

**Project Name:** ADM Building/Mr. Peeples Restaurant        Draw 6
**No.** 26997-1
**Disb. Agent** AH

| | Date Thru | Total | Retainage | Amount Paid | W-9 |
|---|---|---|---|---|---|
| **Discovery Construction Inc.** | 05/02/13 | $ 7,865.93 | $ 786.59 | $ 7,079.34 | X |
| 701 N Post Oak Rd. Ste. 340 | | | | | |
| Houston, TX 77024 | | | | | |
| 02-0815379 C Corp | | | | | |
| 713-957-5031 | | | | | |
| | | | | | |
| Franklin - Padilla Electric | 05/02/13 | $ 1,225.00 | $ 122.50 | $ 1,102.50 | X |
| 10101 SE Fwy Ste. 400 | | | | | |
| Houston, TX 77074 | | | | | |
| 27-1837683 LLC  C Corp | | | | | |
| 281-804-9557 | | | | | |
| Sub Total | | $ 9,090.93 | $ 909.09 | $ 8,181.84 | |
| TT Invoice 50663655 | | $ 907.00 | | $ 907.00 | |
| Total | | $ 9,997.93 | $ 909.09 | $ 9,088.84 | |

Page 1 of 1



**Tetra Tech Divisions**
A Division of Tetra Tech, Inc.
3475 E. Foothill Blvd.
Pasadena, CA 91107
(626) 351-4664

| | |
|---|---|
| **Bill To:** BANK OF HOUSTON | **INVOICE NUMBER:** 50677366 |
| **ATTN:** Jennifer Surrency | **INVOICE DATE:** 05/14/2013 |
| 750 Bering Drive - Suite 100 | **REFERENCE:** PCD200110105 |
| HOUSTON, TX 77024 | **FEDERAL TAX ID#:** ████8514 |
| | **PROJECT:** 100-CDI-26997 |
| | **BILLING PERIOD FROM:** 04/05/2013 |
| | **BILLING PERIOD TO:** 05/14/2013 |

Advanced Diagnostic Management, LLP
8305 Knight Road
Houston, TX 77054
**PROFESSIONAL SERVICES:**
ADM Building Addition/Renovation aka Scout Square Office Building
April 5, 2013 through May 14, 2013

| DESCRIPTION | TOTAL AMOUNT DUE |
|---|---|
| DRAW ADMINISTRATION | $350.00 |
| INSPECTION SERVICES | $557.00 |

**TOTAL AMOUNT DUE THIS INVOICE:** $907.00

Please Remit Invoice to:

Tetra Tech Inc - Sunriver

P.O. Box 3585

56835 Venture Lane, Suite 204

Sunriver, OR 97707

FOR FURTHER INFORMATION, PLEASE CONTACT THE UNDERSIGNED.

*Aleah P Jaya*

**Project Manager:**
Halvorsen, Angela

To ensure accurate posting, please note the invoice number on your check. Interest will be charged on all past-due amounts per contract terms and conditions.



**TETRA TECH, INC.**
~~Construction Management & Inspection, Inc.~~

Date:   May 21, 2013

To:     Lisa Bott – Mercantile Bank

RE:     DRAW REQUEST ON THE FOLLOWING PROJECT:
        **Project Name: ADM Building/Mr. Peeples Rest.**
        **Draw 6**                                    **$8,181.84**
        **Fee Invoice**                               **$907.00**
        **Total To Fund**                             **$9,088.84**

This draw request has been inspected to compare the percentage of work verses the amount requested.  Tt-CMI ___is/or ____is not in agreement with the amount requested.  EXCEPTIONS NOTED;   If you are in agreement with this request please wire the above stated amount into our **Wells Fargo Bank Account #4100063957, Routing #121000248**. Please fax notification of the wire transfer to our office (541-593-3604)  once the deposit has been made.  The contractor's checks will not be Federal Expressed without this notification.

The following documents are enclosed in this package:
☒ Original Draw Report                    ☐ Reallocation of Funds
☐ Date Down Endorsement                   ☐ Change Orders
☐ Foundation Endorsement                  ☐ Recorded Notice of Completion
☒ Inspection Report                       ☐ Certificate of Occupancy
☒ Contractor signed Draw Report           ☐ Contractor's Affidavit of Completion
☒ Contractor's Application for Payment     ☐ Building Permits
☒ Owner signed Draw Report                ☒ Check Register
☒ Owner Authorization for Disbursement    ☐ Vendor Activity Report (Paid & Unpaid)

The following documents have been received and are retained in our draw file.
☒ Invoices for draw request               ☒ Payment Vouchers for draw request
☒ Lien Waivers for draw request           ☐ Unconditionals Prev. Draw

Please notify us immediately if our balances are incorrect with your records.  If you have any questions, please do not hesitate to call me.

Sincerely,

*Angela Halvorsen*

Angela Halvorsen
Disbursement Agent/
Contract Administrator

Banking Information
Wells Fargo Bank
1000 Lakes Drive
Suite 250
West Covina, CA 91790
626-919-6602

4223 258th Ave SE, Issaquah, WA  98029     (425)557-2052 – (425)557-2053 fax

**DATE:** 5/13/2013

**CONSTRUCTION MANAGEMENT & INSPECTION, INC.**
**PROJECT DRAW REPORT - DRAW #6**

**PROJECT #:** 26997-1 W Completion Commitment
**PROJECT NAME:** ADM - Bagby - Mr. Peeples Rest.
**OWNER:** Advanced Diagnostic - Dr. Lucky Chiropa
832-605-7385 - Contact Jiten for Inspection   jiten@deccanco.com
**CONTRACTOR:** Discovery Construction Inc.
713-957-5031

**LENDER:** Merchantile Bank - Lisa Botts

**INSPECTOR** Tom Partin
**#DRAWS**
**#INSPECTIONS**

| | |
|---|---|
| ORIGINAL CONSTR | $186,809.00 |
| Net Change Orders | $0.00 |
| TOTAL CONSTR | $186,809.00 |
| Previous Disbursed | $177,718.55 |
| Current Disbursed | $9,090.93 |
| TOTAL CONSTR STORED | $186,809.48 |
| Less Retention (10%): | $18,680.96 |
| TOTAL LESS RETENTION | $168,128.52 |
| CONSTR BALANCE | ($0.48) |
| CONSTR BAL + RET | $18,680.48 |
| Net Percent Disbursed: | 100% |

| | CATEGORY DESCRIPTION | ORIGINAL CONTRACT | Change Orders | Reallocations | REVISED CONTRACT | PREVIOUS DISBURSED | Draw G | TOTAL DISBURSED | Retention G | AMOUNT IN RETENTION | BUDGET BALANCE | % DISB | Rptd % Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $500.00 | $0.00 | 100% | |
| 2 | Structural | $78,109.75 | $0.00 | $0.00 | $78,109.75 | $74,204.26 | $3,905.49 | $78,109.75 | $390.55 | $7,810.98 | $0.00 | 100% | |
| 3 | Electrical | $24,500.00 | $0.00 | $0.00 | $24,500.00 | $23,275.00 | $1,225.00 | $24,500.00 | $122.50 | $2,450.00 | $0.00 | 100% | |
| 4 | HVAC | $30,848.50 | $0.00 | $0.00 | $30,848.50 | $29,306.08 | $1,542.50 | $30,848.58 | $154.25 | $3,084.86 | ($0.08) | 100% | |
| 5 | Plumbing | $21,300.00 | $0.00 | $0.00 | $21,300.00 | $20,235.00 | $1,065.00 | $21,300.00 | $106.50 | $2,130.00 | $0.00 | 100% | |
| 6 | Sprinkler | $4,500.00 | $0.00 | $0.00 | $4,500.00 | $4,275.00 | $225.00 | $4,500.00 | $22.50 | $450.00 | $0.00 | 100% | |
| 7 | Fire Alarm | $5,272.00 | $0.00 | $0.00 | $5,272.00 | $5,008.40 | $264.00 | $5,272.40 | $26.40 | $527.24 | ($0.40) | 100% | |
| 8 | General Contractor Fee | $17,278.75 | $0.00 | $0.00 | $17,278.75 | $16,414.81 | $863.94 | $17,278.75 | $86.39 | $1,727.88 | $0.00 | 100% | |
| 9 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | |
| **Total Construction Contract Costs** | | $186,809.00 | $0.00 | $0.00 | $186,809.00 | $177,718.55 | $9,090.93 | $186,809.48 | $909.09 | $18,680.96 | ($0.48) | 100% | |

**Current Draw Amount**                                   $8,181.84

**Payment of Draw Approved:**

_____        _____        _____
General Contractor                          Owner                                        Inspector             Overall % Completion

**NOTES:**



## PROMISSORY NOTE

**DATE OF NOTE:**                     ___Jan 31___, 20 11

**PRINCIPAL AMOUNT:**          Three Million, Three Hundred Fifty Thousand, Four Hundred
                                                   and No/100 Dollars ($3,350,400.00)

**MATURITY DATE:**                  The earlier of *(i)* January 1, 2012 or
                                                   *(ii)* the occurrence of an Event of Default.

**INTEREST RATE:**                   Nine and Three-Quarters Percent (9.75%) per annum

**PAYMENT PENALTY:**            In the event this Note is paid in whole or in part from proceeds
                                                   other than from the United States Small Business Administration
                                                   or its authorized representatives, there will be a payment penalty
                                                   of Ten Percent (10%) of the then outstanding principal balance
                                                   of the Note.

**MAKER'S NAME**                     MIDTOWN SCOUTS SQUARE PROPERTY, LP,
**AND ADDRESS:**                      a Texas Limited Partnership
                                                   1911 Bagby
                                                   Houston, Texas 77002-8594

**CO-MAKER'S NAME**                N/A
**AND ADDRESS:**

**PAYEE'S NAME**                       MERCANTILE CAPITAL CORPORATION,
**AND ADDRESS:**                      a Florida Corporation
                                                   940 Centre Circle, Suite 3006
                                                   Altamonte Springs, Florida 32714

       **FOR VALUE RECEIVED,** the undersigned and if more than one, jointly and severally, (the
"Maker") does hereby covenant and promise to pay to the order of the Payee or to its successors and assigns,
at the Payee's Address or at such other place as the Payee may designate to the Maker in writing from time to
time, in legal tender of the United States, the Principal Amount of this Promissory Note (the "Note"), or so
much thereof as may be advanced by the Payee pursuant to that certain Construction Loan Agreement of even
date herewith between the Maker and the Payee (together with any amendments, modifications, supplements
or restatements thereof, the "Loan Agreement"), the capitalized terms used herein and not otherwise defined
herein having the meanings given to such terms in said Loan Agreement), together with interest from the date
hereof computed at the Interest Rate on the unpaid balance of the Principal Amount at the times and in the
amounts set forth herein.

       1.       **PAYMENT.** Interest hereon shall be payable in consecutive monthly installments of interest
only commencing on January 10, 2011 and continuing on the Tenth (10th) day of each month thereafter until
the maturity date hereof, when the entire principal balance hereof and all accrued and unpaid interest thereon
and all other fees, costs, and expenses, if any, shall be due and payable in full.

**EXHIBIT**

C

2.      **DEFAULT.** The occurrence of any one or more of the following conditions (each an "Event of Default") shall each and all constitute a condition of default under this Note:

(a)      If any payment (other than the final payment, for which no grace period is applicable hereunder) as set forth herein is not made on this Note within Ten (10) days after it becomes due (i.e., the Due Date).

(b)      A default occurs under the Loan Agreement, the Mortgage/Deed of Trust, or any other Loan Document, which default is not cured within any applicable grace period.

(c)      Any application or petition is filed by or against any Maker or any person who has at any time has guaranteed the payment of this Note (a "Guarantor") in connection with any bankruptcy or similar proceeding or if any Maker or Guarantor acknowledges or otherwise fails to pay their debts as and when they become due.

(d)      Failure to comply with each and every term, provision, or condition of, or the expiration of, the Authorization for Debenture Guarantee dated December 1, 2010, as amended.

(e)      Cancellation of the Authorization Agreement for Direct Payment (ACH Debits) of even date herewith.

If any one or more of the foregoing conditions should occur, then the entire principal balance and accrued and unpaid interest thereon shall become due and payable at once or thereafter, at the option of the Payee, without notice to or demand upon the Maker, or the Payee may exercise any and all other rights available to it under applicable law or any other loan document, each of which remedy shall be cumulative. Failure to exercise these options shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.

3.      **LATE PAYMENT FEE, ETC.** If any payment is not made or paid on the Due Date, then, in that event, there shall also be paid to the Payee at its option, a late charge equal to Five Percent (5%) of the payment that is due on the Due Date and not paid. The purpose of such late charge shall be to reimburse the Payee for its costs and expenses in connection with servicing a delinquent account. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.

4.      **COSTS OF COLLECTION.** The Maker and each endorser, surety, and guarantor, agrees that they shall, jointly and severally, pay all costs, expenses and reasonable attorneys' fees, incurred by the Payee in connection with any aspect of this Note, including any default as well as any proceedings which may involve this Note or any other loan document relating hereto including, but not limited to, arbitration, litigation, bankruptcy proceedings, etc. The undersigned specifically agree that in the event of any bankruptcy of the Maker, the Payee shall be entitled to recover all its expenses and reasonable attorneys' fees incurred by the Payee in regard to any bankruptcy proceeding.

5.      **INTEREST PERIOD/DEFAULT INTEREST, ETC.** Interest under this Note is computed on the basis of a Three Hundred Sixty (360)-day year period, based on the actual number of days elapsed. If any default be made in the payment of any installment of principal or interest on the Due Date or in the performance of any of the agreements, conditions, provisions or covenants contained in this Note, the Mortgage/Deed of Trust, the Loan Agreement or any of the other Loan Documents, then, in said event, this Note and all sums due hereunder shall thereafter without any further notice or action by the Payee bear interest at the highest lawful rate of interest per annum permitted under applicable laws from the date of said

default; provided, however, if default be made in the payment of any installment of principal or interest on the Due Date and such default continues for a period of Sixty (60) days or more, then, in that event, the Interest Rate shall automatically increase to Eighteen Percent (18%) per annum without any further notice to Maker or action by the Payee. Notwithstanding any term, condition, obligation or provision herein to the contrary, it is the expressed intent of the Payee that no interest, consideration or charge in excess of that permitted under applicable law may be accrued, charged or taken or become payable hereunder. In the event it is hereafter determined that the Payee of this Note has taken, charged or reserved interest in excess of that permitted under applicable law, whether due to prepayment, acceleration or otherwise, such excess shall be refunded to the Maker or credited against the sums due the Payee hereunder.

6. **COLLATERAL.** This Note is secured, *inter alia*, by a Mortgage Deed, Assignment of Leases, and Security Agreement or, alternatively, a Deed of Trust (the "Mortgage/Deed of Trust") dated of even date herewith from the Maker to the Payee, encumbering real property situated in the State of TEXAS, and to which reference is hereby made for a description of said real property, the nature and extent of the security, the rights of the Payee in respect thereof and the terms and conditions upon which this Note is issued. The Maker agrees that it shall be bound by any agreement extending the time or modifying the above terms of payment made by the Payee and the owner of the property affected by the Mortgage/Deed of Trust, whether with or without notice to the Maker, and the Maker shall continue to be liable to pay the amount due hereunder, but with interest at a rate no greater than the Interest Rate according to the terms of any such agreement of extension or modification. The unpaid balance of the Principal Amount, plus accrued interest, shall become due and payable at the option of the Payee under the happening of an event by which said balance shall or may become due and payable under the terms of the Mortgage/Deed of Trust or any other loan document relating to the Note or said Mortgage/Deed of Trust. The Mortgage/Deed of Trust is specifically not incorporated by reference into this Note.

7. **AMENDMENTS TO NOTE.** This Note may not be changed orally, but only by an agreement in writing, signed by the party against whom enforcement of any waiver, change, modification or discharge is sought.

8. **WAIVER OF PRESENTMENT, ETC.** All parties to this Note, whether Maker, endorser, surety, or guarantor, hereby waive presentment for payment, demand, protest, notice of protest and notice of dishonor, and expressly agree jointly and severally to remain and continue bound for the payment of the principal and interest provided for by the terms of this Note, notwithstanding any extension or extensions of the time of, or for the payment of said principal or interest, or any change or the changes in the amount or amounts agreed to be paid under or by virtue of the obligation to pay provided for in this Note, or any changes or changes by way of release or surrender or substitution of any real property and collateral or either, held as security for this Note, and waive all and every kind of notice of such extension or extensions, change or changes, and agree that the same may be made without the joinder of the Maker.

9. **LAW GOVERNING.** The provisions of this Note shall be construed and interpreted in accordance with, and all rights and obligations of the parties hereunder governed by, the laws of the State of Florida without regard to conflict of law principles.

10. **RESOLUTION OF DISPUTES.** In the event any dispute should arise under this Note, the loan evidenced hereby, any loan document relating hereto, or any other aspect of the transaction between the Maker and the Payee, said dispute will, at the Payee's sole election, be resolved through binding arbitration at the offices of the Payee and in accordance with either the rules of the American Arbitration Association or any local arbitration association selected by the Payee. In the event this Note is secured by a Mortgage/Deed of Trust or other collateral, the Payee may elect to foreclose the Mortgage/Deed of Trust or any other

collateral in a judicial proceeding and elect to have any other disputes between the Maker and the Payee resolved by binding arbitration including any claims or counterclaims of the Maker.

        11.    <u>VENUE</u>.  The exclusive venue for any proceeding which may be brought in connection with this Note or any other aspect of the transaction between the Maker and the Payee shall be in the Circuit Court for HARRIS County, TEXAS or the U.S. District Court for TEXAS, <u>provided</u>, <u>however</u>, the Payee may waive the foregoing requirement.  Further, in regard to any judicial proceeding, each party expressly waives any right to a jury trial.  In addition, in regard to any collateral that may be securing this Note, the Payee may bring an action in the jurisdiction where the collateral is located and, in such event, any claims or counterclaims by the Maker will be resolved at the option of the Payee by binding arbitration as referenced above.

        12.    <u>CONSTRUCTION LOAN</u>.  This Note has further been delivered in accordance with the terms and conditions of the Loan Agreement.  Advances under this Note shall be made in accordance with the terms and conditions of the Loan Agreement.  A default under the terms of the Loan Agreement shall be and constitute a default under the terms of this Note.  The Loan Agreement is hereby incorporated herein by reference.

        The Maker, intending to be legally bound, has executed this Note on the date set forth above.  This Note consists of Four (4) pages.

MAKER:
MIDTOWN SCOUTS SQUARE PROPERTY, LP, a Texas Limited Partnership
by: Midtown Scouts Square, LLC,
a Texas Limited Liability Company,
as General Partner

by: (sign)_____
Lucky A. Chopra, Sole Member
and also Limited Partner


Applicable Stamps/Taxes have been paid
upon the recording of the Mortgage/Deed of Trust securing this Note.