## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

## TABULATION OF BALLOTING ON DEBTORS'
## JOINT CHAPTER 11 PLAN OF REORGANIZATION
### (Related to Docket #147)

Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC (collectively "Midtown" or "Debtors") in the above entitled and numbered cause, certify to the Court the following tabulation of balloting on their Joint Chapter 11 Plan of Reorganization  [Docket No. 147].

| Class | Creditors | No. of Ballots | NUMBERS | | DOLLARS | |
|---|---|---|---|---|---|---|
| | | | Accept | Reject | Accept | Reject |
| 1 | Allowed Secured Claim of Taxing Authorities (Unimpaired) | 0 | 0 0% | 0 0% | 0 0% | 0 0% |
| 2 | Allowed Secured Claim of Bank of Houston | 1 | 1 100% | 0 0% | 4,180,544.25 100% | 0 0% |
| 3 | Allowed Secured Claim of Bank of Houston | 1 | 1 100% | 0 0% | 4,228,664.94 100% | 0 0% |
| 4 | Allowed Secured Claim of Mercantile Capital Corporation (Unimpaired) | 0 | 0 0% | 0 0% | 0 0% | 0 0% |

| Class | Creditors | No. of Ballots | NUMBERS | | DOLLARS | |
|---|---|---|---|---|---|---|
| | | | Accept | Reject | Accept | Reject |
| 5 | Allowed Vendor Unsecured Claims in an Amount Less than $5,000 | 7 | 7 100% | 0 0% | 13,849.93 100% | 0 0% |
| 6 | Allowed Non-Insider Unsecured Claims in an Amount over $5,000* | 4 | 4 100% | 0 0% | 66,246.71 100% | 0 0% |
| 7 | Unsecured Claims of Insiders | 9 | 8 89.89% | 1 11.11% | 1,770,174.55 55.84% | 1,400,000.00 44.16% |
| 8 | Allowed Interests of Equity Holders | 1 | 1 100% | 0 0% | | |

Dated: August 21, 2014

Respectfully submitted,

By: /s/ T. Josh Judd
T. JOSH JUDD
State Bar No. 24036866
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713.977.8686
Facsimile: 713.458-4896
judd@hooverslovacek.com
ATTORNEY FOR DEBTORS,
MIDTOWN SCOUTS SQUARE PROPERTY, LP
and MIDTOWN SCOUTS SQUARE, LLC

---

* Richey Family Limited Partnership, Ltd. voted to reject the plan in the unsecured claims of insiders and non-insiders. The Plan classifies the claim as a Class 7 claim of insiders. Accordingly, the ballot is tabulated with the Class 7 claimants.

OF COUNSEL:

Hoover Slovacek LLP
EDWARD L. ROTHBERG
State Bar No. 17313990
rothberg@hooverslovacek.com
TX Federal ID: 570838
ANNIE E. CATMULL
State Bar No. 00794932
catmull@hooverslovacek.com
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713.977.8686
Facsimile:  713.977.5395

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Tabulation of Balloting on Debtors' Joint Chapter 11 Plan of Reorganization has been served on August 21, 2014, by the Court's ECF notification system to the parties listed on the attached ECF List.

_____*/s/ T. Josh Judd*_____
T. JOSH JUDD

**By ECF Notification:**
Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Lisa M Hedrick on behalf of Creditor Bank Of Houston
lisa.hedrick@arlaw.com, vicki.owens@arlaw.com;craig.wilcox@arlaw.com

Ellen Maresh Hickman on behalf of U.S. Trustee US Trustee
ellen.hickman@usdoj.gov

Jennine Hovell-Cox on behalf of Creditor AmeriPower, LLC
hovellcoxlaw@hotmail.com, hovellcox@aol.com

Yolanda M Humphrey on behalf of Creditor Midtown Management District
houbank@pbfcm.com, tpope@pbfcm.com;yhumphrey@ecf.inforuptcy.com

Peter Johnson on behalf of Plaintiffs Richey Family Limited Partnership, Ltd., L.E. Richey, and Todd Richey
pjohnson@pjlaw.com, msawyer@pjlaw.com

John S Mayer on behalf of Creditor Bank Of Houston
jmayer@rossbanks.com

D. John Neese, Jr. on behalf of Counter-Claimants Midtown Scouts Square Property, LP, Midtown Scouts Square, LLC,  Atul Lucky Chopra, M.D.
jneese@hmgllp.com

Carl O Sandin on behalf of Creditor Midtown Management District
csandin@pbfcm.com, tpope@pbfcm.com;csandin@ecf.inforuptcy.com

Owen Mark Sonik on behalf of Creditor Midtown Management District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com

Richard L Tate on behalf of Plaintiffs Party Richey Family Limited Partnership, Ltd., L.E. Richey, and Todd Richey
rltate@tate-law.com, beben@tate-law.com;tdavey@tate-law.com;cboden@tate-law.com;kreis@tate-law.com;svida@tate-law.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

MIDTOWN SCOUTS SQUARE PROPERTY, LP
MIDTOWN SCOUTS SQUARE, LLC
Case No. 13-32920-H5-11
BALLOT TABULATION

| Ballot | AMOUNT OF CLAIM | |
| --- | --- | --- |
| | Accepts | Rejects |
| **Class 1 - Allowed Secured Claim of Taxing Authorities (Unimpaired)** | | |
| COUNT | 0 | 0 |
| | 0.00% | 0.00% |
| TOTAL AMOUNT | 0.00 | 0.00 |
| | 0.00% | 0.00% |
| | | |
| | | |
| **Class 2 - Allowed Secured Claim of Bank of Houston** | 4,180,544.25 | |
| COUNT | 1 | |
| | 100.00% | 0.00% |
| TOTAL AMOUNT | 4,180,544.25 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| **Class 3 - Allowed Secured Claim of Bank of Houston** | 4,228,664.94 | |
| COUNT | 1 | |
| | 100.00% | 0.00% |
| TOTAL AMOUNT | 4,228,664.94 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| **Class 4 - Allowed Secured Claim of Mercantile Capital Corporation (unimpaired)** | | |
| COUNT | 0 | 0 |
| | 0.00% | 0.00% |
| TOTAL AMOUNT | 0.00 | 0.00 |
| | 0.00% | 0.00% |
| | | |
| | | |
| **Class 5 - Allowed Vendor Unsecured Claims in an Amount Less than $5,000** | | |
| Greenberg Traurig | 2,183.50 | |
| Houston Technology Center* | 0.00 | |
| Business Flooring Specialties, LP | 5,000.00 | |
| Enterprise Comm. Paving, Inc. | 1,136.00 | |
| Newpart Products, Inc. | 151.55 | |
| Belknap Concrete Cutting & Drilling | 378.88 | |
| Summit Landscape Services, Inc. | 5,000.00 | |
| | | |
| COUNT | 7 | 0 |
| | 100.00% | 0.00% |
| TOTAL AMOUNT | 13,849.93 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |

| Ballot | AMOUNT OF CLAIM | |
|---|---|---|
| | Accepts | Rejects |
| **Class 6 - Allowed Non-Insider Unsecured Claims in an Amount over $5,000** | | |
| Associated Time & Parking Controls | 17,050.56 | |
| Discovery Construction, Inc. | 8,793.15 | |
| Harrell Architects LP | 34,403.00 | |
| **Scott Youngblood | 6,000.00 | |
| ***Richey Family Limited Partnership, Ltd. | | |
| | | |
| COUNT | 4 | 0 |
| | 100.00% | 0.00% |
| TOTAL AMOUNT | 66,246.71 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| **Class 7 -  Unsecured Claims of Insiders** | | |
| Advanced Diagnostics Management, LLP | 58,985.69 | |
| Chopra & Associates | 395,785.65 | |
| Hearsay | 60,428.57 | |
| Xray Xpress Corporation | 769,116.24 | |
| Lucky Chopra | 260,624.36 | |
| 1911 Entertainment | 23,240.93 | |
| Inventional Vascular | 102,500.00 | |
| Grille 5115 | 99,493.11 | |
| **Richey Family Limited Partnership, Ltd. | | 1,400,000.00 |
| | | |
| COUNT | 8 | 1 |
| | 88.89% | 11.11% |
| TOTAL AMOUNT | 1,770,174.55 | 1,400,000.00 |
| | 55.84% | 44.16% |
| | | |
| | | |
| **Class 8 - Allowed Interests of Equity Holders** | | |
| Lucky Chopra | X | |
| | | |
| COUNT | 1 | 0 |
| | 100.00% | 0.00% |
| | | |
| | | |
| | | |
| *Houston Technology Center is a tenant of the parking garage and the lease as being assumed under the plan.  It is unimpaired, | | |
| **Mr. Youngblood voted to accept the plan in the unsecured claims of Insiders and affiliates. Mr. Youngblood is not an insider of the debtor and the ballot was tabulated in Class 6. | | |
| ***Richey Family Limited Partnership, Ltd. voted to reject the plan in the unsecured claims of insiders and non-insiders.  The Plan classifies the claim as a Class 7 claim of insiders.  Accordingly, the ballot is tabulated with the Class 7 claimants. | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before August 20, 2014, by 4:00 p.m., your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured** creditor **[Class 1- Allowed Secured Claim of** Taxing Authorities] in the unpaid principal amount of $_____.

[Check One]
[ ] accepts the Plan.          [ ] rejects the Plan.

The undersigned, a **secured creditor** [**Class 2-** Allowed Secured Claim of Bank of Houston] in the unpaid principal amount of $ 4,180,544.25          .

              [Check One]

         ☑ accepts the Plan                   ☐ rejects the Plan.

The undersigned, a **secured creditor** [**Class 3-** Allowed Secured Claim of Bank of Houston] in the unpaid principal amount of $ 4,228,664.94          .

              [Check One]

         ☑ accepts the Plan                   ☐ rejects the Plan.

The undersigned, a **secured creditor** [**Class 4-** Allowed Secured Claim of Mercantile Capital Corporation] in the unpaid principal amount of $                    .

              [Check One]

         ☐ accepts the Plan                   ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 5-** Allowed Vendor Unsecured Claims in an Amount Less than $5,000] in the unpaid principal amount of $                    .

              [Check One]

         ☐ accepts the Plan.               ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 6-** Allowed Non-Insider Unsecured Claims in an Amount over $5,000] in the unpaid principal amount of
$                    .

              [Check One]

         ☐ accepts the Plan.               ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 7** – Unsecured Claims of Insiders] in the unpaid principal amount of $                    .

              [Check One]

         ☐ accepts the Plan.               ☐ rejects the Plan.

The undersigned, an equity interest holder [Class 8- Allowed Interests of Equity Holders].

        [Check One]

☐ accepts the Plan.        ☐ rejects the Plan.

DATED: ____August 19_____, 2014

Company Name: __Independent Bank__

Signature: _____ Senior Credit Officer

(Title, if any)

Print or type Name: __Barry J. Hawk__

Address: __750 Benay Dr__

__Houston, Texas 77057__

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD. HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: ballot@hooverslovacek.com. IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- <u>Allowed Secured Claim of Taxing Authorities</u>]** in the unpaid principal amount of $_____,

*N/A*

[Check One]
☐ accepts the Plan.         ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor** [**Class 2- <u>Allowed Secured Claim of Bank of Houston</u>**] in the unpaid principal amount of $_____,

*N/A*

            [Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **secured creditor** [**Class 3- <u>Allowed Secured Claim of Bank of Houston</u>**] in the unpaid principal amount of $_____,

*N/A*

            [Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **secured creditor** [**Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>**] in the unpaid principal amount of $_____,

*N/A*

            [Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>**] in the unpaid principal amount of $ _2,183.50_,

            [Check One]
☑ accepts the Plan.               ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>**] in the unpaid principal amount of $_____,

*N/A*

            [Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 7 – <u>Unsecured Claims of Insiders</u>**] in the unpaid principal amount of $_____,

*N/A*

            [Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>].**

[Check One]

☐ accepts the Plan.        ☐ rejects the Plan.

DATED: _____July   17_____, 2014

Company Name: _GREENBERG TRAURIG_

Signature: _____ SHAREHOLDER

(Title, if any)

Print or type Name: _NEIL VERMA_

Address: _1000 LOUSIANA; SUITE 1700_

_HOUSTON, TX 77002_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.  IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.**

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☑ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – <u>Unsecured Claims of Insiders</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____*July 21*_____, 2014

Company Name: *HOUSTON TECHNOLOGY CENTER*

Signature: _____

(Title, if any)

Print or type Name: *PRESIDENT & CEO*

Address: *410 PIERCE STREET*

*HOUSTON, TX 77002*

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | (Chapter 11) |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor** [Class 1- Allowed Secured Claim of Taxing Authorities] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                  ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____$,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____$,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____$,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $\_\_\_\_5,000_____$,

[Check One]
☒ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____$,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____$,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

                [Check One]

                ☒ accepts the Plan.         ☐ rejects the Plan.


DATED: _____*august 19*_____, 2014

                Company Name: __*Business Flooring Specialists, LP*__

                Signature: __*A. C. Newby, V.P.*__
                     (Title, if any)

           Print or type Name: ___*Rick Goolsby*___
                 Address: __*1234 North Post Oak Rd., St 190*__
                     __*Houston, TX  77055*__

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>. <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before August 20, 2014, by 4:00 p.m., your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

                             [Check One]

☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

                             [Check One]

☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

                             [Check One]

☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $ _1,136.63_____,

                             [Check One]

☑ accepts the Plan.                ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

                             [Check One]

☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $_____,

                             [Check One]

☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____ *Aug. 19* _____, 2014

Company Name: *Enterprise Comm. Paving, Inc.*

Signature: _____

(Title, if any)

Print or type Name: _____ *George Britton* _____

Address: _____ *10 Stokes St.* _____

_____ *Houston, TX 77022* _____

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>. <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>

08/19/2014 03:37 FAX 2815610518          NEWBART PRODUCTS-MARY          ☒001

*Attn Erich Mundinger*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor** [Class 1- Allowed Secured Claim of Taxing Authorities] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor** [Class 2- Allowed Secured Claim of Bank of Houston] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- Allowed Secured Claim of Bank of Houston] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- Allowed Secured Claim of Mercantile Capital Corporation] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000] in the unpaid principal amount of $____ 191.55 ____,

[Check One]
☑ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000] in the unpaid principal amount of
$_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – Unsecured Claims of Insiders] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

08/19/2014 03:37 FAX 2815610518          NEWBART PRODUCTS-MARY                     @003

The undersigned, an equity interest holder [Class 8- Allowed Interests of Equity Holders].

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: ___19 August___, 2014
                    Company Name: _New Bart Products, Inc._
                    Signature: _Natalie Martinez_, accounting manager
                                 (Title, if any)
                    Print or type Name: _Natalie Martinez_
                    Address: _10424 Rockley Rd_
                             _Houston, TX 77099_

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: ballot@booverslovacek.com. IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO.  13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly  Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713)   977-8686,   whose   facsimile   number   is   (713)   458-4811,   and   email   is ballot@hooverslovacek.com.  Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning treatment under the Plan.  If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,**  your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor** [Class 1- **Allowed Secured Claim of Taxing Authorities**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $ _378.88_____,

[Check One]
☑ accepts the Plan.           ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.           ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.           ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED:     _8/18/14_____, 2014

Company Name: _Belknap Concrete Cutting & Drilling_

Signature: _____

(Title, if any)

Print or type Name: _Kimberly DiBelknap_

Address: _9030 Scloold_

_Houston TX 77064_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: ballot@hooverslovacek.com.  IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.**

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF  MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713)  977-8686,  whose  facsimile  number  is  (713)  458-4811,  and  email  is *ballot@hooverslovacek.com*.   *Court approval of the Disclosure Statement does not indicate* approval of the Plan by the Court.

*You should review the Disclosure Statement and the Plan before you vote.  You may* wish to seek legal advice concerning treatment under the Plan.  If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,** your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor** [**Class 1- Allowed Secured Claim of Taxing Authorities**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                 ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>]** in the unpaid principal amount of $ _5,000.00_____,

[Check One]
☑ accepts the Plan.                 ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                 ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – <u>Unsecured Claims of Insiders</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                 ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>].**

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _AUGUST 20,_____, 2014

Company Name: _SUMMIT LANDSCAPE SERVICES, INC._

Signature: _Tom Williams_, PRES.
(Title, if any)

Print or type Name: _TOM WILLIAMS_

Address: _12452 CUTTEN RD._
_HOUSTON, TX 77066_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: ballot@hooverslovacek.com.  IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

### BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF  MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713)  977-8686,  whose  facsimile  number  is  (713)  458-4811,  and  email  is ballot@hooverslovacek.com.   Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning treatment under the Plan.  If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,**  your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- <u>Allowed Secured Claim of Taxing Authorities</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

      [Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

      [Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

      [Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

      [Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $__47,050.56____,

      [Check One]
☑ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $_____,

      [Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____8/19_____, 2014

Company Name: ASSOCIATED TIME & PARKING CONTROLS

Signature: _Adriane B Kearney_ — VICE PRESIDENT FINANCE

(Title, if any)

Print or type Name: _ADRIANE B. KEARNEY - VICE PRES. FINANCE_

Address: _9104 DIPLOMACY ROW_

_DALLAS TX 75247_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE _____ 2014, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

EXHIBIT "C"

# ASSOCIATED TIME & PARKING CONTROLS
## Aged Receivables
### As of Aug 31, 2014

Filter Criteria includes: 1) IDs: MIDSC; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Bill To Contact Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| MIDSC | 12407 | | | | 14,016.21 | 14,016.21 |
| MIDTOWN SCOUTS & S | 54581 | | | | 194.85 | 194.85 |
| | 55177 | | | | 192.69 | 192.69 |
| 281-687-5488 | 55375 | | | | 99.59 | 99.59 |
| | 56258 | | | | 665.74 | 665.74 |
| | 57842 | | | 556.84 | | 556.84 |
| | 57926 | | | 148.30 | | 148.30 |
| | 58003 | | | 148.30 | | 148.30 |
| | 58362 | | 884.40 | | | 884.40 |
| | 58629 | 148.30 | | | | 148.30 |
| | 58931 | -4.66 | | | | -4.66 |
| MIDSC MIDTOWN SCOUTS & S | | 143.64 | 884.40 | 853.44 | 15,169.08 | 17,050.56 |
| Report Total | | 143.64 | 884.40 | 853.44 | 15,169.08 | 17,050.56 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

### BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.        ☐ rejects the Plan.

{85118I-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.         ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $ 8,793.15_____,

[Check One]
☑ accepts the Plan.         ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.         ☐ rejects the Plan.


{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>].

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

DATED:   _August 19,_ , 2014

Company Name: _Discovery Construction Inc._

Signature: _Karla Allison_

(Title, if any)

Print or type Name: _Karen Allison_

Address: _701 N. Post Oak Rd #340_

_Houston TX 77024_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: ballot@hooverslovacek.com.  IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.**

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC. filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____.

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

> [Check One]
> ☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____.

> [Check One]
> ☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

> [Check One]
> ☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

> [Check One]
> ☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of
$ 34,403.00 .

> [Check One]
> ☑ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____.

> [Check One]
> ☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00001 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, an equity interest holder [Class 8- Allowed Interests of Equity Holders].

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.


DATED:    _AUGUST  18 th._  , 2014

Company Name: _HARRELL ARCHITECTS, LP_

Signature: _Marty Comeaux_
(Title, if any)  _PRINCIPAL_
Print or type Name: _MARTY COMEAUX_
Address: _9575 KATY FWY. SUITE 200_
_HOUSTON, TX  77024_


TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: ballot@hooverslovacek.com.  IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF  MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan").  The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713)  977-8686,  whose  facsimile  number  is  (713)  458-4811,  and  email  is ballot@hooverslovacek.com.   Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning treatment under the Plan.  If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.**,  your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The  undersigned,  an  **secured  creditor  [Class 1-  Allowed  Secured  Claim  of Taxing Authorities**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [**Class 2- <u>Allowed Secured Claim of Bank of Houston</u>**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor** [**Class 3- <u>Allowed Secured Claim of Bank of Houston</u>**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor** [**Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [**Class 7 – <u>Unsecured Claims of Insiders</u>**] in the unpaid principal amount of $ _6,000_____,

[Check One]
☒ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____ 8/ 19 _____, 2014

Company Name: ___ Scott Youngblood, CPA Atty at Law ___

Signature: _____
(Title, if any)
Print or type Name: ___ Scott Youngblood ___
Address: ___ 2014 N. Main St ___
___ Pearland, TX 77581 ___

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>. <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an secured creditor [Class 1- **Allowed Secured Claim of Taxing Authorities**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.        ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a secured creditor [Class 2- **Allowed Secured Claim of Bank of Houston**] in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a secured creditor [Class 3- **Allowed Secured Claim of Bank of Houston**] in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a secured creditor [Class 4- **Allowed Secured Claim of Mercantile Capital Corporation**] in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a unsecured creditor [Class 5- **Allowed Vendor Unsecured Claims in an Amount Less than $5,000**] in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a unsecured creditor [Class 6- **Allowed Non-Insider Unsecured Claims in an Amount over $5,000**] in the unpaid principal amount of $ 1,400,000.00 ,

[Check One]
☐ accepts the Plan.          ☒ rejects the Plan.

The undersigned, a unsecured creditor [Class 7 – **Unsecured Claims of Insiders**] in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan.          ☒ rejects the Plan.

{85118\-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>].

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _August 19_____, 2014

Company Name: _Richey Family Limited Partnership, Ltd_

✓ Signature: _____
(Title, if any)

Print or type Name: _Todd Richey_____

Address: _4411 Bluebonnet DR_____
_Stafford TX 77477_____

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: ballot@hooverslovacek.com.   IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.**

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

**BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF  MIDTOWN SCOUTS**
**SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC**

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,**  your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $ 58,985.69.

[Check One]

☒ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____ 7/25 _____, 2014

Company Name: Advanced Diagnostics Management, LLP

Signature: _____

(Title, if any)

Print or type Name: _Lucky   Chopra_

Address: _8305   Knight   Road_

_Houston   TX   77007_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                        §
                                              §
**MIDTOWN SCOUTS SQUARE**                     §          **CASE NO. 13-32920**
**PROPERTY, LP**                              §          **(Chapter 11)**
                                              §
**MIDTOWN SCOUTS SQUARE, LLC**                §
                                              §
                                              §
              **DEBTORS.**                    §          **Jointly Administered**
                                              §          **Judge Brown**


**BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS**
**SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC**

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.              ☐ rejects the Plan.

851181-00004 TJJ 7/17/2014 00889284.DOCX 1

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $ 395,785.65.

[Check One]
☒ accepts the Plan          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>**].

[Check One]

☐ accepts the Plan.   ☐ rejects the Plan.

DATED: _____ 7/25 _____, 2014

Company Name: Chopra & Associates

Signature: _____

(Title, if any)

Print or type Name: _Lucky   Chopra_

Address: _8305   Knight   Rd_

_Houston   TX   77007_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF  MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan").  The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713)  977-8686,  whose  facsimile  number  is  (713)  458-4811,  and  email  is ballot@hooverslovacek.com.   Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning treatment under the Plan.  If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,**   your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $60,428.57.

[Check One]
☒ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____7/25_____, 2014

Company Name: Hearsay

Signature:_____
(Title, if any)

Print or type Name:___*Lucky   Chopra*___

Address:___*8305   Knight   Rd*___

___*Houston   TX   77007*___

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO.  13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly  Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF  MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan").  The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com.   Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning treatment under the Plan.  If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,**   your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                  ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, an **unsecured creditor [Class 7 – <u>Unsecured Claims of Insiders</u>]** in the unpaid principal amount of $ <u>769,116.24</u>

[Check One]
☒ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____7/25_____, 2014

Company Name: Xray Xpress Corporation

Signature:_____

(Title, if any)

Print or type Name: _Lucky   Chopra_____

Address: _9305   Knight   Rd_____

_Houston   TX   77007_____

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

**BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF  MIDTOWN SCOUTS
SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC**

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan").  The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713)  977-8686,  whose  facsimile  number  is  (713)  458-4811,  and  email  is ballot@hooverslovacek.com.  Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning treatment under the Plan.  If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP,  5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,**  your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 3- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 4- <u>Allowed Secured Claim of</u> <u>Mercantile Capital Corporation</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 5- <u>Allowed Vendor Unsecured Claims</u> <u>in an Amount Less than $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 6- <u>Allowed Non-Insider Unsecured</u> <u>Claims in an Amount over $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 7 – <u>Unsecured Claims of</u> <u>Insiders</u>]** in the unpaid principal amount of <u>$ 260,624.36.</u>

[Check One]
☒ accepts the Plan          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u>
<u>Equity Holders</u>]**.

[Check One]
☒ accepts the Plan.          ☐ rejects the Plan.


DATED:          7/25          , 2014

Company Name:
Signature:_____
(Title, if any)
Print or type Name: Lucky Chopra
Address:_____8305   Knight   Rd_____
_____Houston   , TX   77007_____


**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST
FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T.
JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS
77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.   <u>IF YOUR BALLOT IS
NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M.,
YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

**BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS
SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC**

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, an secured creditor [Class 1- **Allowed Secured Claim of Taxing Authorities**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $ *23,240.93* ,

[Check One]

☑ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>].**

[Check One]

☐ accepts the Plan.                    ☐ rejects the Plan.


DATED:            _8 / 19_____, 2014

Company Name: _1911 Entertainment_

Signature: _____

(Title, if any)

Print or type Name: _Lucky Chopra_____

Address: _8305 Knight Rd_____

_Houston TX 77054_


**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>.   IF YOUR BALLOT IS <u>NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**


{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

**BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC**

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

        [Check One]

☐ accepts the Plan           ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

        [Check One]

☐ accepts the Plan           ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

        [Check One]

☐ accepts the Plan           ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

        [Check One]

☐ accepts the Plan.           ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

        [Check One]

☐ accepts the Plan.           ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $ _102,500.00_____,

        [Check One]

☑ accepts the Plan.           ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____ 8/19 _____, 2014

Company Name: _Inventional Vascular_

Signature: _____

(Title, if any)

Print or type Name: _Lucky Chopra_

Address: _8305 Knight Rd_

_Houston TX 77054_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>. <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                  §
                                        §
MIDTOWN SCOUTS SQUARE                   §       CASE NO. 13-32920
PROPERTY, LP                            §       (Chapter 11)
                                        §
MIDTOWN SCOUTS SQUARE, LLC              §
                                        §
                                        §
DEBTORS.                                §       Jointly Administered
                                        §       Judge Brown

## BALLOT FOR ACCEPTING or REJECTING JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On May 13, 2014, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Joint Chapter 11 Plan [Doc. #147] (the "Plan"). The Court has entered an Order approving the Disclosure Statement [Doc. #148], and the Supplement to the Disclosure Statement [Doc. #160] (collectively the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, whose telephone number is (713) 977-8686, whose facsimile number is (713) 458-4811, and email is ballot@hooverslovacek.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by T. Josh Judd, Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, on or before **August 20, 2014, by 4:00 p.m.**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.            ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.            ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $ *99,493.11*_____,

[Check One]

☑ accepts the Plan.            ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

DATED:  _____8/19_____, 2014

Company Name: _Hull, 5115_

Signature: _____

(Title, if any)
Print or type Name: _Lucky Chopra_
Address: _8305 Knight Rd_
_Houston TX 77054_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, T. JOSH JUDD, HOOVER SLOVACEK LLP, 5847 SAN FELIPE, SUITE 2200, HOUSTON, TEXAS 77057, FAX No. (713) 977-5395, EMAIL: <u>ballot@hooverslovacek.com</u>. <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE AUGUST 20, 2014 BY 4:00 P.M., YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004 KJM 7/16/2014 00888867.DOCX 1}