ENTERED
12/15/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| DEBTORS. | § | |

### ORDER APPROVING MODIFICATIONS TO PLAN OF REORGANIZATION FILED BY DEBTORS
[Relates to Docket #202 & _____]

Came on for consideration Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC's (the "Debtors") Emergency Motion to Approve the Modifications to Plan of Reorganization (the "Motion"). The Modifications were filed with the Court on October 23, 2014, at Docket No. 202. After reviewing the Modifications, as modified on the record, and consideration of the arguments of counsel, the pleadings filed, the announcements on the record, and for good cause shown, the Court finds that the relief requested is in the best interest of the estate and all parties in interest and should be granted. Based on the foregoing, it is hereby

ORDERED, that the Modifications attached hereto as Exhibit "A" are approved; it is further

ORDERED, that the Modifications do not adversely affect the treatment of any creditor who has not consented; it is further

ORDERED, that the Modifications shall be deemed to be accepted by all creditors and equity security holders who have previously accepted the plan.

DEC 15 2014

851181-00004 LKW 10/23/2014 00915292.DOCX 1                1

SIGNED this _____ day of October, 2014.

                                            KAREN K. BROWN
                                          UNITED STATES BANKRUPTCY JUDGE

Entry Requested By:

EDWARD L. ROTHBERG
State Bar No. 17313990
T. JOSH JUDD
State Bar No. 24036866
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
Tel: 713.977.8686
Fax: 713977.5395
ATTORNEYS FOR DEBTORS