UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/15/2014

| | |
|---|---|
| IN RE: § | |
| **MIDTOWN SCOUTS SQUARE** § | Case 13-32920 (Docket Here) |
| **PROPERTY, LP, et. al.** § | Case 13-32924 |
| *Debtor* § | (Chapter 11) |
| § | Jointly Administered |

# ORDER DENYING CONFIRMATION OF DEBTORS PLAN
## [REFERS TO DOCKET # 143]

CAME ON FOR CONSIDERATION before the Court the Joint Chapter 11 Plan of Reorganization Filed by Midtown Scouts Square Property, LP, and Midtown Scouts Square, LLC ("Plan") together with the Objection to Confirmation filed by **Richey Family Limited Partnership, LTD, LE Richey and Todd Richey ("Richey")** ("Objection") and after considering the Plan, the Objection the Court recited its findings and conclusions into the record and is of the opinion that confirmation should be denied. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that the Confirmation of the Debtors Joint Plan is in all things denied.

**DATED:**

DEC 15 2014

Karen Brown
United States Bankruptcy Judge

Entry Requested:

Law Offices of Peter Johnson
*/s/ Peter Johnson*

---

Peter Johnson, Esquire
SBT 10778400
Eleven Greenway Plaza, Suite 2820
Houston, Texas 77046
Telephone (713) 961-1200
Telefax (713) 961-0941
pjohnson@pjlaw.com
Attorney for Richey Family Limited Partnership, LTD, LE Richey and Todd Richey

### TATE MOERER & KING, LLP

Richard L. Tate
State Bar No. 19664460
Kristin K. Reis
State Bar No. 24060478
206 South Second Street
Richmond, Texas 77469
Telephone (281) 341-0077
Facsimile (281) 341-1003
Of Counsel For Richey Family Limited Partnership, LTD,
LE Richey and Todd Richey