

**ENTERED**
**04/29/2015**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MIDTOWN SCOUT SQUARE, LLC | § | CASE NO. 13-32920 |
| | § | |
| DEBTOR | § | |

ORDER TENTATIVELY AND CONDITIONALLY
APPROVING DISCLOSURE STATEMENT, GIVING NOTICE OF
HEARING ON DISCLOSURE STATEMENT AND PLAN CONFIRMATION,
SETTING CERTAIN DEADLINES AND PROVIDING FOR
OTHER MATTERS CONCERNING CONFIRMATION OF THE PLAN

A Amended Disclosure Statement and a Amended Plan of Reorganization has been filed by Midtown Scouts Square, LLC ("Debtor" or the "Plan Proponent") on April 24, 2015.

The Court has reviewed the Amended Disclosure Statement and has tentatively determined that the Amended Disclosure Statement contains adequate information; now therefore,

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that:

1. The Amended Disclosure Statement is tentatively and conditionally approved.

2. Not later than  April 30, 2015  , the Plan Proponent must mail to all creditors, equity security holders, and other parties in interest as provided in Rule 3017(d), Fed. Rules of Bankruptcy Proc., a copy of the Amended Disclosure Statement and Plan, a ballot for accepting or rejecting the Amended Plan and a copy of this order.

3.  May 21, 2015  is set as the deadline for filing and serving written objections to the Amended Disclosure Statement or the Amended Plan. Unless the Court orders otherwise for cause, if no objections to the Amended Disclosure Statement are timely filed the conditional approval of the Amended Disclosure Statement will become final.

4.     May 21, 2015 is the deadline for filing acceptances or rejections of the Amended Plan. The Ballot should be completed and filed with the Plan Proponent.

5.     The hearing on the confirmation of the Amended Plan and final approval of the amended disclosure statement will be conducted on the 26 day of May, 2015 at 02:00 PM in Courtroom 403, 4th Floor, 515 Rusk, Houston, Texas.

Signed: April 29, 2015

Karen K. Brown  
United States Bankruptcy Judge