**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

**TABULATION OF BALLOTING ON DEBTORS'
SECOND JOINT CHAPTER 11 PLAN OF REORGANIZATION
(Related to Docket #245)**

Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC (collectively "Midtown" or "Debtors") in the above entitled and numbered cause, certify to the Court the following tabulation of balloting on their Second Joint Chapter 11 Plan of Reorganization [Docket No. 245].

| Class | Creditors | No. of Ballots | NUMBERS | | DOLLARS | |
|---|---|---|---|---|---|---|
| | | | Accept | Reject | Accept | Reject |
| 1 | Allowed Secured Claim of Taxing Authorities (Unimpaired) | 0 | 0 0% | 0 0% | 0 0% | 0 0% |
| 2 | Allowed Secured Claim of Bank of Houston | 1 | 1 100% | 0 0% | 4,028,062.07 100% | 0 0% |
| 3 | Allowed Secured Claim of Bank of Houston | 1 | 1 100% | 0 0% | 4,065,258.31 100% | 0 0% |
| 4 | Allowed Secured Claim of Mercantile Capital Corporation | 1 | 1 100% | 0 0% | 3,350,400.00 100% | 0 0% |
| 5 | Allowed Vendor Unsecured Claims in an Amount Less than $5,000 | 6 | 6 100% | 0 0% | 23,320.12 100% | 0 0% |
| 6 | Allowed Non-Insider Unsecured Claims in an Amount over $5,000 | 1 | 1 100% | 0 0% | 34,403.05 100% | 0 0% |

| Class | Creditors | No. of Ballots | NUMBERS | | DOLLARS | |
|---|---|---|---|---|---|---|
| | | | Accept | Reject | Accept | Reject |
| 7 | Unsecured Claims of Insiders | 8 | 8 100% | 0 0% | 1,509,550.19 55.84% | 0.00 0% |
| 8 | Allowed Interests of Equity Holders | 1 | 1 100% | 0 0% | | |

Dated: May 21, 2015

Respectfully submitted,

By: /s/ T. Josh Judd
T. JOSH JUDD
State Bar No. 24036866
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713.977.8686
Facsimile:  713.458-4896
judd@hooverslovacek.com
ATTORNEY FOR DEBTORS,
MIDTOWN SCOUTS SQUARE PROPERTY, LP
and MIDTOWN SCOUTS SQUARE, LLC

OF COUNSEL:

Hoover Slovacek LLP
EDWARD L. ROTHBERG
State Bar No. 17313990
rothberg@hooverslovacek.com
TX Federal ID: 570838
ANNIE E. CATMULL
State Bar No. 00794932
catmull@hooverslovacek.com
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713.977.8686
Facsimile:  713.977.5395

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Tabulation of Balloting on Debtors' Second Joint Chapter 11 Plan of Reorganization has been served on May 22, 2015, by the Court's ECF notification system to the parties listed on the attached ECF List.


_____/s/ T. Josh Judd_____
T. JOSH JUDD


**By ECF Notification:**

Clint Alexander Corrie on behalf of Creditor Merchantile Capital Corporation
clint.corrie@akerman.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Lisa M Hedrick on behalf of Creditor Bank Of Houston
lisa.hedrick@arlaw.com, vicki.owens@arlaw.com;craig.wilcox@arlaw.com

Ellen Maresh Hickman on behalf of U.S. Trustee US Trustee
ellen.hickman@usdoj.gov

Jennine Hovell-Cox on behalf of Creditor AmeriPower, LLC
hovellcoxlaw@hotmail.com, hovellcox@aol.com

Yolanda M Humphrey on behalf of Creditor Midtown Management District
houbank@pbfcm.com, tpope@pbfcm.com;yhumphrey@ecf.inforuptcy.com

Peter Johnson on behalf of Plaintiffs Richey Family Limited Partnership, Ltd., L.E. Richey, and Todd Richey
pjohnson@pjlaw.com, msawyer@pjlaw.com

John S Mayer on behalf of Creditor Bank Of Houston
jmayer@rossbanks.com

D. John Neese, Jr. on behalf of Counter-Claimants Midtown Scouts Square Property, LP, Midtown Scouts Square, LLC,  Atul Lucky Chopra, M.D.
jneese@hmgllp.com

Carl O Sandin on behalf of Creditor Midtown Management District
csandin@pbfcm.com, tpope@pbfcm.com;csandin@ecf.inforuptcy.com

Owen Mark Sonik on behalf of Creditor Midtown Management District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com

Richard L Tate on behalf of Plaintiffs Party Richey Family Limited Partnership, Ltd., L.E. Richey, and Todd Richey
rltate@tate-law.com, beben@tate-law.com;tdavey@tate-law.com;cboden@tate-law.com;kreis@tate-law.com;svida@tate-law.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

**MIDTOWN SCOUTS SQUARE PROPERTY, LP**
**MIDTOWN SCOUTS SQUARE, LLC**
**Case No. 13-32920-H5-11**
**BALLOT TABULATION FOR SECOND JOINT PLAN**

| | AMOUNT OF CLAIM | |
|---|---|---|
| **Ballot** | **Accepts** | **Rejects** |
| **Class 1 - Allowed Secured Claim of Taxing Authorities (Unimpaired)** | | |
| **COUNT** | 0 | 0 |
| | 0.00% | 0.00% |
| **TOTAL AMOUNT** | 0.00 | 0.00 |
| | 0.00% | 0.00% |
| | | |
| | | |
| | | |
| **Class 2 - Allowed Secured Claim of Bank of Houston** | 4,028,062.07 | |
| **COUNT** | 1 | |
| | 100.00% | 0.00% |
| **TOTAL AMOUNT** | 4,028,062.07 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| **Class 3 - Allowed Secured Claim of Bank of Houston (nka Independent Bank)** | 4,065,258.31 | |
| **COUNT** | 1 | |
| | 100.00% | 0.00% |
| **TOTAL AMOUNT** | 4,065,258.31 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| **Class 4 - Allowed Secured Claim of Mercantile Capital Corporation** | 3,350,400.00 | |
| **COUNT** | 1 | 0 |
| | 100.00% | 0.00% |
| **TOTAL AMOUNT** | 3,350,400.00 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| **Class 5 - Allowed Vendor Unsecured Claims in an Amount Less than $5,000** | | |
| Greenberg Traurig | 2,183.50 | |
| Business Flooring Specialties, LP | 5,000.00 | |
| Enterprise Commercial Paving, Inc. | 1,136.63 | |
| Discovery Construction, Inc.* | 5,000.00 | |
| Associated Time & Parking Controls | 4,999.99 | |
| Trio Electric* | 5,000.00 | |
| | | |
| **COUNT** | 6 | 0 |
| | 100.00% | 0.00% |
| **TOTAL AMOUNT** | 23,320.12 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| | | |

| Ballot | AMOUNT OF CLAIM | |
|---|---|---|
| | Accepts | Rejects |
| **Class 6 - Allowed Non-Insider Unsecured Claims in an Amount over $5,000** | | |
| Harrell Architects, LP | 34,403.05 | |
| | | |
| **COUNT** | 1 | 0 |
| | 100.00% | 0.00% |
| **TOTAL AMOUNT** | 34,403.05 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| **Class 7 -  Unsecured Claims of Insiders** | | |
| Advanced Diagnostics Management, LLP | 58,985.69 | |
| Chopra & Associates | 395,785.65 | |
| Hearsay | 60,428.57 | |
| Xray Xpress Corporation | 769,116.24 | |
| 1911 Entertainment | 23,240.93 | |
| Inventional Vascular | 102,500.00 | |
| Grille 5115 | 99,493.11 | |
| Chopra Imaging Centers, Inc. | 825,929.54 | |
| | | |
| **COUNT** | 8 | 0 |
| | 100.00% | 0.00% |
| **TOTAL AMOUNT** | 1,509,550.19 | 0.00 |
| | 100.00% | 0.00% |
| | | |
| | | |
| **Class 8 - Allowed Interests of Equity Holders** | X | |
| | | |
| | | |
| **COUNT** | 1 | 0 |
| | 100.00% | 0.00% |
| | | |
| *Claimants reduced their claim to $5,000 with an election as Class 5 claim. | | |
| | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an secured creditor [Class 1- <u>Allowed Secured Claim of Taxing Authorities</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $ 3,359,400.00 ___,

[Check One]
☒ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: __May 5,_____, 2015

Company Name: _Mercantile Capital Corporation_

Signature: _____, Chairman

(Title, if any)
Print or type Name: _G. Geoffrey Longstaff_

Address: _60 N. Court Avenue_
_Orlando, Florida 32801_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

### BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $ 4,028,062.07 ,

[Check One]
☑ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $ 4,065,258.31 ,

[Check One]
☑ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____ ,

[Check One]
☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>].**

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

DATED:   <u>May 20th</u>, 2015

Company Name: <u>Independent Bank</u>

Signature: <u>Bary Adbell, Senior Credit Officer</u>
(Title, if any)

Print or type Name: <u>Barry Hawk</u>
Address: <u>750 Gering Drive, Suite 100</u>
<u>Houston Texas 77057</u>

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.   <u>IF YOUR BALLOT IS NOT</u> <u>RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL</u> <u>NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- <u>Allowed Secured Claim of Taxing Authorities</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $ 2183.50 _____,

[Check One]
☑ accepts the Plan.            ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.            ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.            ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>].**

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED:    <u>May 20</u>                              , 2015

Company Name: <u>Greenberg Traurig LLP</u>

Signature: <u>M                    shareholder</u>
(Title, if any)

Print or type Name: <u>Annapoorni Sankaran</u>

Address: <u>1000 Louisiana Street, Suite 1700</u>
<u>Houston, TX 77002</u>

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056. <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- <u>Allowed Secured Claim of Taxing Authorities</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.               ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, a **secured creditor [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>]** in the unpaid principal amount of $____5,000_____,

[Check One]
☒ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – <u>Unsecured Claims of Insiders</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____May 4_____, 2015

Company Name: _Business Flooring Specialists_

Signature: _A. C. Neal         V.P._
(Title, if any)

Print or type Name: ___Rick Goolsby___

Address: ___1284 N. Post Oak Rd., Suite 190___
___Houston, TX 77055___

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $ _1,136. 63_____,

[Check One]

☑ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>].**

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____*May   19*_____, 2015

Company Name: *Enterprise Commercial Paving, Inc.*

Signature: _____, *CFO*
(Title, if any)

Print or type Name: _____*George Britton*_____

Address: _____*10 Stokes St.*_____

_____*Houston, TX 77022*_____

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $   8,793.15                ,

[Check One]
☒ accepts the Plan          ☐ rejects the Plan.
`Would like to be considered Class 5 with a paid in full of $5,000 upon effective date.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED:     May 20,                        , 2015

Company Name:    Discovery Construction, Inc.

Signature:    *Alejandro Ortiz*
(Title, if any)

Print or type Name:    Alejandro Ortiz, President

Address:   701 N. Post Oak Rd. #340

Houston, TX  77024

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, a **secured creditor [Class 2- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- <u>Allowed Secured Claim of</u> <u>Mercantile Capital Corporation</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- <u>Allowed Vendor Unsecured Claims</u> <u>in an Amount Less than $5,000</u>]** in the unpaid principal amount of $ _4999.99_____,

[Check One]
☑ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- <u>Allowed Non-Insider Unsecured</u> <u>Claims in an Amount over $5,000</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – <u>Unsecured Claims of</u> <u>Insiders</u>]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.


DATED:      MAY   19                , 2015

Company Name: <u>ASSOCIATED TIME & PARKING CONTROLS</u>

Signature: <u>Adriane B Kearney - Vice Pres - Finance</u>
(Title, if any)

Print or type Name: <u>ADRIANE B KEARNEY</u>

Address: <u>9104 Diplomacy Row</u>
<u>Dallas TX 75247</u>

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2-** <u>**Allowed Secured Claim of Bank**</u> <u>**of Houston**</u>**]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3-** <u>**Allowed Secured Claim of Bank**</u> <u>**of Houston**</u>**]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4-** <u>**Allowed Secured Claim of**</u> <u>**Mercantile Capital Corporation**</u>**]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5-** <u>**Allowed Vendor Unsecured Claims**</u> <u>**in an Amount Less than $5,000**</u>**]** in the unpaid principal amount of $ _15,193.00_____,

\* ELECTS TO REDUCE CLAIM TO
$5,000.00

[Check One]
☑ accepts the Plan.                ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6-** <u>**Allowed Non-Insider Unsecured**</u> <u>**Claims in an Amount over $5,000**</u>**]** in the unpaid principal amount of
$_____,

[Check One]
☐ accepts the Plan.                ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 –** <u>**Unsecured Claims of**</u> <u>**Insiders**</u>**]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>].**

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____M<span>AY</span> 13_____, 2015

Company Name: _T<span>RIO</span> E<span>LECTRIC</span>_____

Signature: _____

(Title, if any) P<span>RESIDENT</span>

Print or type Name: B<span>EAU</span> P<span>OLLOCK</span>_____

Address: 11413 T<span>ODD</span> S<span>TREET</span>, H<span>OUSTON</span>, TX 77055

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO.  13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $ 34,403.05 ,

[Check One]
☑ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, **an equity interest holder** [Class 8- <u>Allowed Interests of Equity Holders</u>].

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED:  _MAY 19_____, 2015

Company Name: _HARRELL ARCHITECTS, LP_

Signature: _Marty Comeaux_

(Title, if any)

Print or type Name: _MARTY COMEAUX / PRINCIPAL_

Address: _9575 KATY FWY. SUITE 200_

_HOUSTON TX 77024_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.** <u>**IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.**</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor** [Class 1- **Allowed Secured Claim of Taxing Authorities**] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of</u> <u>Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims</u> <u>in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured</u> <u>Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of</u> <u>Insiders</u>] in the unpaid principal amount of $ <u>58,985.69</u>.

[Check One]
☑ accepts the Plan.          ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED:  _MM   19___, 201~~5~~

Company Name: Advanced Diagnostics Management, LLP

Signature:___ _N/A    General Counsel_____

(Title, if any)

Print or type Name:_____ _Neil   Verma_____

Address:_____ _8300   KNIGHT ROAD____

_HOUSTON   TX   77054_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004.TJJ 7/17/2014 00889282.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO.  13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly  Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 7/17/2014 00889284.DOCX 1}

The undersigned, a **secured creditor** [Class 2- <u>**Allowed Secured Claim of Bank of Houston**</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>**Allowed Secured Claim of Bank of Houston**</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>**Allowed Secured Claim of Mercantile Capital Corporation**</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>**Allowed Vendor Unsecured Claims in an Amount Less than $5,000**</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>**Allowed Non-Insider Unsecured Claims in an Amount over $5,000**</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>**Unsecured Claims of Insiders**</u>] in the unpaid principal amount of $ <u>395,785.65.</u>

[Check One]
☑ accepts the Plan.                   ☐ rejects the Plan.

{851181-00004 TJJ 7/17/2014 00889284.DOCX 1}

The undersigned, **an equity interest holder** [Class 8- <u>Allowed Interests of Equity Holders</u>].

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

DATED: ___*5/19*_____, 2015

Company Name: Chopra & Associates

Signature: _____*General Consl*____
(Title, if any)
Print or type Name: _____*Neil Verma*____
Address: _____*8305   KNIGHT ROAD*____
_____*HOUSTON   TX   77059*____

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly  Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015,** your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 7/17/2014 00889286.DOCX 2}

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>] in the unpaid principal amount of $_____,

                    [Check One]
    ☐ accepts the Plan               ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>] in the unpaid principal amount of $_____,

                    [Check One]
    ☐ accepts the Plan               ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of</u> <u>Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

                    [Check One]
    ☐ accepts the Plan               ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims</u> <u>in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

                    [Check One]
    ☐ accepts the Plan.              ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured</u> <u>Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

                    [Check One]
    ☐ accepts the Plan.              ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of</u> <u>Insiders</u>] in the unpaid principal amount of <u>$60,428.57.</u>

                    [Check One]
    ☑ accepts the Plan.              ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____5 / 19_____, 2015

Company Name: Hearsay

Signature: _____*Neil   Ceral Cone*_____

(Title, if any)

Print or type Name: _____*Neil  Verma*_____

Address: _____*8305   KNIGHT ROAD*_____

_____*HOUSTON, TX   77054*_____

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.   <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO.  13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 7/17/2014 00889289.DOCX 1}

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, an **unsecured creditor** [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $ 769,116.24

[Check One]

☒ accepts the Plan.                   ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>]**.

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

DATED: _____ MAY   19 _____, 2014

Company Name: Xray Xpress Corporation

Signature: _Neil   General Counsel_

(Title, if any)

Print or type Name: _Neil   Verma_

Address: _8305   KNIGHT ROAD_
_HOUSTON   TX   77401_

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

{851181-00004 TJJ 7/17/2014 00889289.DOCX 1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an secured creditor [Class 1- <u>Allowed Secured Claim of Taxing Authorities</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.           ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

        [Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

        [Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

        [Check One]
☐ accepts the Plan            ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

        [Check One]
☐ accepts the Plan.           ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

        [Check One]
☐ accepts the Plan.           ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $ _23,240.93_ ,

        [Check One]
☑ accepts the Plan.           ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, an **equity interest holder** [Class 8- Allowed Interests of Equity Holders].

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _MAY 20_____, 2015

Company Name: _1911 Entertainment_

Signature: _ML_____ General Counsel
(Title, if any)

Print or type Name: _Neil Verma_

Address: _8300 Knight Road_
_Houston, TX 77054_

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, a secured creditor [Class 2- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a secured creditor [Class 3- <u>Allowed Secured Claim of Bank of Houston</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a secured creditor [Class 4- <u>Allowed Secured Claim of Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a unsecured creditor [Class 5- <u>Allowed Vendor Unsecured Claims in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.


The undersigned, a unsecured creditor [Class 6- <u>Allowed Non-Insider Unsecured Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan          ☐ rejects the Plan.


The undersigned, a unsecured creditor [Class 7 – <u>Unsecured Claims of Insiders</u>] in the unpaid principal amount of $ _103, 500_____,

[Check One]
☑ accepts the Plan.          ☐ rejects the Plan.

The undersigned, an equity interest holder [Class 8- <u>Allowed Interests of Equity Holders</u>].

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

DATED: _____MAY  20_____, 2015

Company Name: _Interventional Vascular Diagnostics_

Signature: _____ _Ma General Counsel_
(Title, if any)

Print or type Name: _Neil Verma_

Address: _8300  KNIGHT Road)_
_HOUSTON,  TX    77054_

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

### BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before May 21, 2015, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                    ☐ rejects the Plan.

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

The undersigned, a secured creditor [Class 2- <u>**Allowed Secured Claim of Bank of Houston**</u>] in the unpaid principal amount of $_____,

               [Check One]

☐ accepts the Plan           ☐ rejects the Plan.

The undersigned, a secured creditor [Class 3- <u>**Allowed Secured Claim of Bank of Houston**</u>] in the unpaid principal amount of $_____,

               [Check One]

☐ accepts the Plan           ☐ rejects the Plan.

The undersigned, a secured creditor [Class 4- <u>**Allowed Secured Claim of Mercantile Capital Corporation**</u>] in the unpaid principal amount of $_____,

               [Check One]

☐ accepts the Plan           ☐ rejects the Plan.

The undersigned, a unsecured creditor [Class 5- <u>**Allowed Vendor Unsecured Claims in an Amount Less than $5,000**</u>] in the unpaid principal amount of $_____,

               [Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a unsecured creditor [Class 6- <u>**Allowed Non-Insider Unsecured Claims in an Amount over $5,000**</u>] in the unpaid principal amount of $_____,

               [Check One]

☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a unsecured creditor [Class 7 – <u>**Unsecured Claims of Insiders**</u>] in the unpaid principal amount of $ _79, 443. 11_____,

               [Check One]

☑ accepts the Plan.          ☐ rejects the Plan.

The undersigned, an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>].

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

DATED: ___MAY  20_____, 2015

Company Name: _GRILLE  5115_

Signature: _____  Gene Consel_
(Title, if any)
Print or type Name: _Neil Verne_
Address: _8305  KNIGHT ROAD_
_HOUSTON, TX 77054_

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST
FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR,
EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051
WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.   <u>IF YOUR BALLOT IS NOT</u>
<u>RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL</u>
<u>NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | Judge Brown |

## BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

{851181-00004 TJJ 7/17/2014 00889285.DOCX 2}

The undersigned, a **secured creditor** [Class 2- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 3- <u>Allowed Secured Claim of Bank</u> <u>of Houston</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **secured creditor** [Class 4- <u>Allowed Secured Claim of</u> <u>Mercantile Capital Corporation</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 5- <u>Allowed Vendor Unsecured Claims</u> <u>in an Amount Less than $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 6- <u>Allowed Non-Insider Unsecured</u> <u>Claims in an Amount over $5,000</u>] in the unpaid principal amount of $_____,

[Check One]

☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, a **unsecured creditor** [Class 7 – <u>Unsecured Claims of</u> <u>Insiders</u>] in the unpaid principal amount of <u>$825,929.54.</u>

[Check One]

☑ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, **an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>].**

[Check One]
☐ accepts the Plan.              ☐ rejects the Plan.

DATED: _____MAY___19_____, 2015

Company Name: Chopra Imaging Centers, Inc.

Signature: _____ *general counsel*

(Title, if any)

Print or type Name: _____Neil Verma_____

Address: _____8585 KNIGHT ROAD_____
_____Houston, TX  77054_____

**TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.  <u>IF YOUR BALLOT IS NOT RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MIDTOWN SCOUTS SQUARE** | § | **CASE NO. 13-32920** |
| **PROPERTY, LP** | § | **(Chapter 11)** |
| | § | |
| **MIDTOWN SCOUTS SQUARE, LLC** | § | |
| | § | |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | **Judge Brown** |

### BALLOT FOR ACCEPTING or REJECTING SECOND JOINT PLAN OF MIDTOWN SCOUTS SQUARE PROPERTY, LP, AND MIDTOWN SCOUTS SQUARE, LLC

On April 24, 2015, Midtown Scouts Square Property, LP and Midtown Scouts Square, LLC, filed their Second Joint Chapter 11 Plan [Doc. #245] (the "Plan"). The Court has entered an Order conditionally approving the Disclosure Statement [Doc. #247], (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston Texas 77056, whose telephone number is (713) 977-8686 and whose telecopy number is (713) 977-5395. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Edward L. Rothberg, Hoover Slovacek LLP, Galleria Tower II, 5051 Westheimer, Suite 1200, Houston, Texas 77056 on or before **May 21, 2015**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF PLAN

The undersigned, an **secured creditor [Class 1- Allowed Secured Claim of Taxing Authorities]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.          ☐ rejects the Plan.

The undersigned, a **secured creditor [Class 2- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 3- Allowed Secured Claim of Bank of Houston]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.


The undersigned, a **secured creditor [Class 4- Allowed Secured Claim of Mercantile Capital Corporation]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan                    ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 5- Allowed Vendor Unsecured Claims in an Amount Less than $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 6- Allowed Non-Insider Unsecured Claims in an Amount over $5,000]** in the unpaid principal amount of $_____,

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.


The undersigned, a **unsecured creditor [Class 7 – Unsecured Claims of Insiders]** in the unpaid principal amount of $ 260,624.36.

[Check One]
☐ accepts the Plan.                    ☐ rejects the Plan.

The undersigned, an equity interest holder [Class 8- <u>Allowed Interests of</u> <u>Equity Holders</u>]. ( # 260,624)

[Check One]
☑ accepts the Plan.          ☐ rejects the Plan.

DATED:          *May 21*          , 2015

Company Name: _____

Signature: *Lucky A Chopra*

(Title, if any)

Print or type Name: *Lucky A Chopra*

Address: *8305 Knight Rd*

*Houston TX 77054*

TO HAVE YOUR VOTE UNDER THE PLAN OF REORGANIZATION COUNT, YOU MUST FILL OUT AND MAIL A COPY OF THE BALLOT TO COUNSEL FOR THE DEBTOR, EDWARD L. ROTHBERG, HOOVER SLOVACEK LLP, GALLERIA TOWER II, 5051 WESTHEIMER, SUITE 1200, HOUSTON TEXAS 77056.   <u>IF YOUR BALLOT IS NOT</u> <u>RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE MAY 21, 2015, YOUR BALLOT WILL</u> <u>NOT BE COUNTED AS A VOTE UNDER THE PLAN.</u>

{851181-00004 TJJ 5/12/2014 00873516.DOCX 3}