

**ENTERED**
**09/23/2015**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN SCOUTS SQUARE | § | CASE NO. 13-32920 |
| PROPERTY, LP | § | (Chapter 11) |
| | § | |
| MIDTOWN SCOUTS SQUARE, LLC | § | Jointly Administered |
| | § | |
| DEBTORS. | § | |

### FINAL DECREE CLOSING CASE
[Relates to Docket# 268]

The estates of the above named debtors have been fully administered. THEREFORE, it is

ORDERED that the Chapter 11 cases of **MIDTOWN SCOUTS SQUARE PROPERTY, LP AND MIDTOWN SCOUTS SQUARE, LLC,** the above named debtors, are **CLOSED**.

Dated: 9-23-15

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

HOOVER SLOVACEK LLP

EDWARD L. ROTHBERG
State Bar No. 17313990
T. JOSH JUDD
State Bar No. 24036866
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile: 713.977.5395

{851181-00012 LKW 8/18/2015 00991372.DOC 1 }